Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | Case No. C 07-01237 MJJ |
| Plaintiffs, | **PLAINTIFF FORTE CAPITAL PARTNERS, LLC'S DEMAND FOR JURY TRIAL** |
| vs. | |
| HARRIS CRAMER, LLP, *et al.*, | |
| Defendants. | |

Plaintiff Forte Capital Partners, LLC demands a trial by jury of all issues triable by jury, pursuant to the Seventh Amendment to the U.S. Constitution, F.R. Civ. P. 38, and all applicable Civil Local Rules.

Dated: March 6, 2007

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

By: _____
Robert A. Spanner

<u>CERTIFICATE OF SERVICE</u>
(By Mail)

I declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) and not a party to the within entitled action; my business address is 545 Middlefield Road, Suite 220, Menlo Park, California, 94025. On <u>March 6, 2007</u>, I served one copy of the attached:

1. **PLAINTIFF FORTE CAPITAL PARTNERS, LLC'S DEMAND FOR JURY TRIAL**

by causing a true and correct copy of said document(s) to be placed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office Mail Box in Menlo Park, California, addressed as follows:

Michael D. Harris
Harris Cramer, LLP
1555 Palm Beach Lakes Blvd., Suite 310
West Palm Beach, FL 33401-2327

Harris Cramer, LLP
1555 Palm Beach Lakes Blvd., Suite 310
West Palm Beach, FL 33401-2327

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on <u>March 6, 2007</u>.

_____
Lisa Prado