RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
DANIEL W. HAGER (State Bar # 121515)
ROECA HAAS HAGER LLP
180 Sutter Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants HARRIS CRAMER, L.L.P.
and MICHAEL D. HARRIS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO/OAKLAND DIVISION)**

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, L.L.P., a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07-01237 MJJ<br><br>**NOTICE OF AND JOINDER BY HARRIS CRAMER, L.L.P. AND MICHAEL D. HARRIS IN NOTICE OF REMOVAL OF ACTION AND DEMAND FOR JURY TRIAL** |

NOTICE TO ALL PARTIES AND COUNSEL OF RECORD:

Defendants HARRIS CRAMER, L.L.P. and MICHAEL D. HARRIS, hereby join in the Notice of Removal of Action to this Court of the state court action described in the said Notice served and filed by defendants FRANK, ROSEN, SNYDER, & MOSS, LLP, a limited partnership, ALAN FRANK LAW ASSOCIATES, P.C., a corporation, ALAN L. FRANK and MARC H. SNYDER.

NOTICE IS FURTHER GIVEN that joining parties likewise demand a jury trial.

NOTICE OF AND JOINDER BY HARRIS
CRAMER, L.L.P. AND MICHAEL D. HARRIS
IN NOTICE OF REMOVAL OF ACTION

FORTE CAPITAL PARTNERS, L.L.C. v.
HARRIS CRAMER, L.L.P., et al,
Case No. C 07-01237 MJJ

| | | |
|---|---|---|
| 1 | Dated: March 6, 2007 | ROECA HAAS HAGER LLP |
| 2 | | |
| 3 | | By:    /s/ |
| 4 | | Russell S. Roeca |
| | | Attorneys for Defendants HARRIS CRAMER, L.L.P. and MICHAEL D. HARRIS |
| 5 | | |

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988

(Lines 6–28 blank)

| | |
|---|---|
| **NOTICE OF AND JOINDER BY HARRIS CRAMER, L.L.P. AND MICHAEL D. HARRIS IN NOTICE OF REMOVAL OF ACTION** | 2    **FORTE CAPITAL PARTNERS, L.L.C. v. HARRIS CRAMER, L.L.P., et al, Case No. C 07-01237 MJJ** |

**PROOF OF MAILING/E-MAIL SERVICE**

I, Peter Korcsinszky, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Roeca Haas Hager LLP and my business address is 180 Sutter Street, Suite 200, San Francisco, CA 94104. On the date stated below, I served a true copy of:

**NOTICE OF AND JOINDER BY HARRIS CRAMER, L.L.P. AND MICHAEL D. HARRIS IN NOTICE OF REMOVAL OF ACTION AND DEMAND FOR JURY TRIAL**

**(X)** By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

Jeffrey M. Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066

Robert A. Spanner
Trial & Technology Law Group
545 Middlefield Road, Suite 220
Menlo Park, CA 94025

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on March 6, 2007.

_____/s/_____
Peter Korcsinszky

G:\Forte Capital\Pleadings\JOINDER IN NOTICE OF REMOVAL.DOC.

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988