1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   JOSHUA W. ROSE, ESQ. BAR#: 191024
2  JAMES E. BURNS, ESQ. BAR#: 241864
   CLAPP, MORONEY, BELLAGAMBA and VUCINICH
3  A PROFESSIONAL CORPORATION
   1111 Bayhill Drive, Suite 300
4  San Bruno, CA 94066
   (650) 989-5400  (650) 989-5499 FAX
5
   Attorneys for Defendants
6  FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW
   ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO/OAKLAND DIVISION

11

12  FORTE CAPITAL PARTNERS, LLC, a           CASE NO.: C07-01237 MJJ
    Delaware limited liability company,
13                                            **NOTICE OF MOTION AND MOTION
              Plaintiff,                      TO TRANSFER ACTION TO UNITED
14                                            STATES DISTRICT COURT, DISTRICT
    v.                                        OF DELAWARE PURSUANT TO 28
15                                            U.S.C. § 1404(A)**

16  HARRIS CRAMER, L.L.P., a partnership;
    MICHAEL D. HARRIS; FRANK, ROSEN,          Date:      April 24, 2007
17  SNYDER & MOSS, LLP, a limited             Time:      9:30 a.m.
    partnership; ALAN L. FRANK LAW            Location:  Courtroom 11, 19th Floor
18  ASSOCIATES, P.C., a corporation; ALAN     Judge:     Martin J. Jenkins
    L. FRANK; MARC H. SNYDER; and
19  DOES 1-50, inclusive,

20

21        Comes now defendants FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership;

22  ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H.

23  SNYDER, and file this motion to transfer this case to the United States District Court of Delaware

24  pursuant to 28 U.S.C. § 1404(a). Defendant's submit this notice of motion along with the

25  Memorandum of Points and Authorities and Declaration of Jeffery M. Vucinich in support of motion.

26  ///

27  ///

28

NOTICE OF MOTION AND MOTION TO TRANSFER ACTION
TO UNITED STATES DISTRICT COURT, DISTRICT OF
DELAWARE PURSUANT TO 28 U.S.C. § 1404(A)

G:\Data\DOCS\0395\03755\Mot-Venue-Not.pld

| | | |
|---|---|---|
| 1 | DATED: March 19, 2007 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |

By: _____
JEFFREY M. VUCINICH, ESQ.
Attorney for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

NOTICE OF MOTION AND MOTION TO TRANSFER ACTION
TO UNITED STATES DISTRICT COURT, DISTRICT OF
DELAWARE PURSUANT TO 28 U.S.C. § 1404(A)

2

G:\Data\DOCS\0395\03755\Mot-Venue-Not.pld

**FORTE CAPITAL PARTNERS, LLC v. HARRIS CRAMER, LLP, et al.**
United States District Court, Northern District of California Case No. C07-01237 MJJ

**PROOF OF SERVICE**

    I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**NOTICE OF MOTION AND RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Robert A. Spanner, Esq.<br>Trial & Technology Group<br>545 Middlefield Road, Suite 220<br>Menlo Park, CA 94025<br>Tel: (650) 324-2223<br>Fax: (650) 324-0178<br>***Attys for Plaintiff Forte Capital Partners, LLC*** | Russell S. Roeca, Esq.<br>Edward D. Haas, Esq.<br>Daniel Hager, Esq.<br>**Roeca Haas Hager LLP**<br>180 Sutter Street, Suite 200<br>San Francisco, CA 94104<br>Tel: (415) 352-0980<br>Tel: (415) 901-4201 (Roeca direct)<br>Fax: (415)352-0988<br>e-mail: rroeca@r2hlaw.com<br>www.r2hlaw.com<br>*Atty for Defendants MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P., a partnership* |

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF Pacer) I caused to be delivered by ECF Pacer this date each of the above documents, for which our office will maintain the ECF Pacer filing receipt, to the following:

G:\Data\DOCS\0395\03755\POS-District

1 |       Executed on March 19, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Claudia Gomez