1  RUSSELL S. ROECA (State Bar # 97297)
   EDWARD D. HAAS (State Bar # 76647)
2  DANIEL W. HAGER (State Bar # 121515)
   ROECA HAAS HAGER LLP
3  180 Sutter Street, Suite 200
   San Francisco, CA 94104
4  Telephone: (415) 352-0980
   Facsimile:  (415) 352-0988
5
6  Attorneys for Defendants HARRIS CRAMER, L.L.P.
   and MICHAEL D. HARRIS

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **(SAN FRANCISCO)**

| | |
|---|---|
| 11  FORTE CAPITAL PARTNERS, LLC | Case No. C 07-01237 MJJ |
| 12        Plaintiff, | **NOTICE OF JOINDER IN AND JOINDER IN RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |
| 13  vs. | |
| 14  HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, L.L.P., a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive, | Date:     April 24, 2007<br>Time:     9:30 a.m.<br>Location: Courtroom 11, 19th Floor<br>Judge:    Martin J. Jenkins |
| 18        Defendants. | |

19

20   Come now defendants HARRIS CRAMER L.L.P. and MICHAEL D. HARRIS and file

21 this Notice of Joinder in and Joinder in the Rule 12(B)(6) motion to dismiss for failure to state a

22 claim upon which relief may be granted filed by defendants FRANK, ROSEN, SNYDER &

23 MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK

24 and MARC H. SNYDER, and hereby move this court for an order to dismiss the complaint for

25 failure to state a claim on the grounds that the complaint contains no statement of damages and

26 any calculation of damages would be based solely on speculation and conjecture..

27

28  **NOTICE OF JOINDER IN AND JOINDER IN**         **FORTE CAPITAL PARTNERS, L.L.C. v.**
    **RULE 12(B)(6) MOTION TO DISMISS FOR**         **HARRIS CRAMER, L.L.P., et al,**
    **FAILURE TO STATE A CLAIM UPON**               **Case No. C 07-01237 MJJ**
    **WHICH RELIEF MAY BE GRANTED**

1  Defendants HARRIS CRAMER L.L.P. and MICHAEL D. HARRIS further join in and incorporate herein by reference the Memorandum of Points and Authorities in support of Defendants' Rule 12(B)(6) motion to dismiss for failure to state a claim upon which relief may be granted filed by defendants FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER.

For all the reasons set forth in the moving papers already filed herein by FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER, joining parties respectfully join in the request that this court issue an order dismissing each of plaintiff's causes of action because plaintiff has failed to state a claim as a matter of law because the complaint does not contain, and plaintiff cannot reasonably articulate beyond mere speculation, a statement of damages.

Dated: March 20, 2007                    ROECA HAAS HAGER LLP


                                          By: _____/S/_____
                                             Russell S. Roeca
                                             Attorneys for Defendants HARRIS
                                             CRAMER, L.L.P. and MICHAEL D.
                                             HARRIS

NOTICE OF JOINDER IN AND JOINDER IN     2    FORTE CAPITAL PARTNERS, L.L.C. v.
RULE 12(B)(6) MOTION TO DISMISS FOR          HARRIS CRAMER, L.L.P., et al,
FAILURE TO STATE A CLAIM UPON                Case No. C 07-01237 MJJ
WHICH RELIEF MAY BE GRANTED

# PROOF OF MAILING/E-MAIL SERVICE

I, Peter Korcsinszky, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Roeca Haas Hager LLP and my business address is 180 Sutter Street, Suite 200, San Francisco, CA 94104. On the date stated below, I served a true copy of:

**NOTICE OF JOINDER IN AND JOINDER IN RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

**(X)**   By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

Jeffrey M. Vucinich  
Clapp Moroney Bellagamba & Vucinich  
1111 Bayhill Drive, Suite 300  
San Bruno, CA 94066  

Robert A. Spanner  
Trial & Technology Law Group  
545 Middlefield Road, Suite 220  
Menlo Park, CA 94025  

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on March 20, 2007.

_____/S/_____

Peter Korcsinszky

G:\Forte Capital\Pleadings\Notice of Joinder and Joinder Motion to Dismiss.doc

---

NOTICE OF JOINDER IN AND JOINDER IN RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED    3    FORTE CAPITAL PARTNERS, L.L.C. v. HARRIS CRAMER, L.L.P., et al, Case No. C 07-01237 MJJ

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988