1  Robert A. Spanner, Esq., State Bar No. 60308
   Susan Kalra, Esq., State Bar No. 167940
2  TRIAL & TECHNOLOGY LAW GROUP
   A Professional Law Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, California 94025
4  Telephone:    (650) 324-2223
   Facsimile:    (650) 324-0178
5

6  Attorneys for Plaintiff
   FORTE CAPITAL PARTNERS, LLC
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13 FORTE CAPITAL PARTNERS, LLC,        )   Case No.  C 07-01237 MJJ
                                       )
14         Plaintiff,                  )   **DECLARATION OF SUSAN KALRA**
                                       )   **IN SUPPORT OF PLAINTIFF'S**
15    vs.                              )   **MEMORANDUM OF POINTS AND**
                                       )   **AUTHORITIES IN OPPOSITION TO**
16 HARRIS CRAMER, LLP. *et al.*,       )   **DEFENDANTS' MOTION TO**
                                       )   **TRANSFER ACTION TO**
17         Defendants.                 )   **DELAWARE PURSUANT TO 28**
                                       )   **U.S.C. §1404(a)**
18 _____     )

19                                         Date: May 8, 2007
                                           Time: 9:30 a.m.
20                                         Courtroom: Hon. Martin J. Jenkins

21

22

23      Susan Kalra states and declares as follows:

24      1.      I am an attorney licensed to practice law in the State of California.  I am

25 employed by Trial & Technology Law Group, a Professional Corporation. counsel for

26

27

28 _____
   Kalra Decl. In Suppt of Plaintiff's Opp.
   to Mot. to Transfer– Case No. CGC 06-457399        1

TRIAL &
TECHNOLOGY
LAW GROUP

1    Plaintiff Forte Capital Partners, LLC. This declaration is made on personal knowledge.

2        2.      On or about April 11, 2007, I accessed the website for Harris Cramer, LLP,

3    http://www.harriscramer.com/. True and correct copies of pages I printed from that website

4    are attached hereto as Exhibit 1.

5        3.      On or about April 13, 2007 I accessed the website of the Pennsylvania

6    Department of State http://www.dos.state.pa.us/dos/site/default.asp. True and correct

7    copies of the pages I printed from the Pennsylvania Department of State website are

8    attached hereto as Exhibit 2.

9        4.      On or about April 10, 2007, I accessed the Federal Judiciary website

10   maintained by the Administrative Office of the U.S. Courts, http://www.uscourts.gov/.

11   From that District Court's "Federal Court Management Statistics – 2006" section, I printed

12   reports for Delaware and "California Northern". True and correct copies of those reports

13   are attached hereto as Exhibits 3 and 4, respectively.

14       I declare under penalty of perjury under the laws of the State of California that the

15   foregoing is true and correct.

16       Executed April 17, 2007 at Menlo Park, California.

17

18

19

20

21                                  Susan Kalra

22

23

24

25

26

27

28
    _____
    Kalra Decl. In Suppt of Plaintiff's Opp.
    to Mot. to Transfer– Case No. CGC 06-457399        1

# EXHIBIT 1

# HARRIS CRAMER LLP

## Attorneys At Law



**FIRM**

**BIOGRAPHIES**

**PRACTICE AREAS**

**NEWS & ARTICLES**

**TRANSACTIONS**

**OFFICE**

**CONTACT**

## WELCOME

Harris Cramer LLP is a business law firm providing a wide range of services, including securities, tax and real estate. We are committed to providing the highest level of client service. From its inception, our attorneys have placed an emphasis on providing legal services that make sense from the client's perspective. Please let us know how we may serve you.

## ARTICLES

**Effect of UNCITRAL on International Commercial Arbitration**

The United Nations Commission on International Trade Law (UNCITRAL) is the primary entity within the United Nations overseeing international trade (more...)

## LEGAL NEWS

Tech companies blast H1-B visa cap

Store Owners Allege Pepsi Contracts Discriminate

Microsoft sues student software sellers

EU investigating iTunes for antitrust violations

© 2006 - 2007 Harris Cramer LLP. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient legal website design company.
Site Map | Copyright | Disclaimer



# HARRIS CRAMER LLP
Attorneys At Law

HOME   FIRM   BIOGRAPHIES   PRACTICE AREAS   NEWS & ARTICLES   TRANSACTIONS   OFFICE   CONTACT

1555 Palm Beach Lakes Blvd., Ste. 310 West Palm Beach, FL 33401-2327
Tel 561-478-7077 Fax 561-659-0701

## MICHAEL D. HARRIS

Michael D. Harris (Partner), born Buffalo, New York, February 27, 1943; admitted to bar, 1969, New York and U.S. District Court, Southern District of New York; 1974, Florida and U.S. District Court, Southern District of Florida; 1975, U.S. Court of Appeals, Fifth Circuit. Education: University of Pennsylvania (B.A., 1961); University of Buffalo (B.A., 1964); Brooklyn Law School (J.D., 1968). Trial Attorney, 1968-1971 and Special Counsel, 1971-1974, Securities and Exchange Commission, New York Regional Office. Member: The Florida Bar (Member: Business Law Section; Corporations, Securities, Financial Services Committee); American Bar Association (Member, Business Law Section). Practice Areas: Securities; Corporate Governance; Mergers, Acquisitions and Divestitures.

> MICHAEL D. HARRIS
> DARYL B. CRAMER
> JEFFREY J. WOLFE
> ROBERT ARZONETTI

© 2006 - 2007 Harris Cramer LLP. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient legal website design company.
Site Map | Copyright | Disclaimer

# HARRIS CRAMER LLP
Attorneys At Law



HOME   FIRM   BIOGRAPHIES   PRACTICE AREAS   NEWS & ARTICLES   TRANSACTIONS   OFFICE   CONTACT

1555 Palm Beach Lakes Blvd., Ste. 310, West Palm Beach, FL 33401-2327
Tel 561-478-7077 Fax 561-659-0701

## DARYL B. CRAMER

Daryl B. Cramer (Partner), born Cleveland, Ohio, August 29, 1962; admitted
to bar, 1987, Florida; 1988, U.S. District Court, Southern District of Florida
and U.S. Tax Court. Education: University of Colorado at Boulder (B.S.,
1984); University of Miami (J.D., 1987; LL.M., Taxation, 1990). President,
1997-1998, Director, 1993-1998 and Member, 1991, Palm Beach Tax
Institute. President, Palm Beach County Fringe Benefit Council, 1994-1995.
Member: The Florida Bar (Member, Sections on: Taxation; Business Law;
Real Property, Probate and Trust Law); American Bar Association
(Member, Sections on: Taxation; Business Law; Real Property, Probate and
Trust Law). (Also Of Counsel to Breier, Seif, Herman & Silverman, P.A.).
Practice Areas: Federal Taxation; State Taxation; Tax Controversies;
Mergers, Acquisitions and Divestitures; Partnership Law; Securities;
Employee Benefits; Wills; Trusts and Estates; Real Estate.

> MICHAEL D. HARRIS
> DARYL B. CRAMER
> JEFFREY J. WOLFE
> ROBERT ARZONETTI

© 2006 - 2007 Harris Cramer LLP. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient legal website design company.
Site Map | Copyright | Disclaimer

# HARRIS CRAMER LLP
## Attorneys At Law



HOME   FIRM   BIOGRAPHIES   PRACTICE AREAS   NEWS & ARTICLES   TRANSACTIONS   OFFICE   CONTACT

1555 Palm Beach Lakes Blvd., Ste. 310 West Palm Beach, FL 33401-2327
Tel 561-478-7077 Fax 561-659-0701

## JEFFREY J. WOLFE

Jeffrey J. Wolfe (Associate), born Providence, Rhode Island, August 24, 1972; admitted to bar, 1997, Massachusetts; 1998, Florida; 1998, Rhode Island. Education: Bryant College (B.S., 1994); Syracuse University Law School (J.D., 1997); University of Miami (LL.M., Taxation, 1998). Certified Public Accountant. Member: The Florida Bar (Member, Sections on: Taxation; Real Property, Probate and Trust Law); American Bar Association (Member, Taxation Section). Practice Areas: Federal Taxation; State Taxation; Tax Controversies; Mergers, Acquisitions and Divestitures; Employee Benefits; Wills; Trusts and Estates; Real Estate.

> MICHAEL D. HARRIS
> DARYL B. CRAMER
> JEFFREY J. WOLFE
> ROBERT ARZONETTI

© 2006 - 2007 Harris Cramer LLP. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient legal website design company.
Site Map | Copyright | Disclaimer



# HARRIS CRAMER LLP
Attorneys At Law

HOME    FIRM    BIOGRAPHIES    PRACTICE AREAS    NEWS & ARTICLES    TRANSACTIONS    OFFICE    CONTACT

1555 Palm Beach Lakes Blvd., Ste. 310 West Palm Beach, FL 33401-2327
Tel 561-478-7077 Fax 561-659-0701

## ROBERT ARZONETTI

Robert Arzonetti (Associate), born Mount Vernon, New York, December 17, 1968; admitted to bar, 2002, North Carolina; 2004, Florida. Education: Duke University (B.S., magna cum laude, 1990); University of Texas at Austin School of Law (J.D., 1999); University of Miami (LL.M., Taxation, 2004). Certified Public Accountant, North Carolina. Member: Palm Beach County Bar; North Carolina State Bar; The Florida Bar (Member, Sections on: Business Law; Tax; Young Lawyers Division). Languages: Dutch and German. Practice Areas: Securities; Corporate Law; Federal Taxation; State Taxation.

> MICHAEL D. HARRIS
> DARYL B. CRAMER
> JEFFREY J. WOLFE
> ROBERT ARZONETTI

© 2006 - 2007 Harris Cramer LLP. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient: legal website design company.
Site Map | Copyright | Disclaimer

# EXHIBIT 2



PENNSYLVANIA
**Department of State**

## Corporations

Search
By Business Name
By Business Entity ID
Verify
Verify Certification

Search Type: Starting With
Search Date: 4/13/2007

Search Criteria: alan l. frank
Search Time: 16:02

Click on the Business Entity Name or Entity Number to view more information.

| Business Entity Name | Entity Number | Type | Status | Entity Creation Date |
|---|---|---|---|---|
| ALAN L. FRANK LAW ASSOCIATES, P.C. | 581894 | Professional Corporation | Active | 2/22/2006 |

Records Returned 1 to 1

Home | Site Map | Site Feedback | View as Text Only | Employment



Home

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement



**PENNSYLVANIA**
# Department of State

## Corporations

Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification

## Business Entity Filing History

**Date:** 4/13/2007

(Select the link above to view the Business Entity's Filing History)

### Business Name History

| Name | Name Type |
|------|-----------|
| ALAN L. FRANK LAW ASSOCIATES, P.C. | Current Name |

### Professional Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 581894 |
| **Status:** | Active |
| **Entity Creation Date:** | 2/22/2006 |
| **State of Business.:** | PA |
| **Principal Office Address:** | 8380 Old York Road Suite 410 Elkins Park PA 19027 |
| **Mailing Address:** | No Address |

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

# EXHIBIT 3

Case 4:07-cv-01287-SBA Document 15-4 Filed 04/17/2007 Page 2 of 2

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DELAWARE** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,077 | 1,190 | 1,797 | 1,362 | 2,028 | 1,004 | | |
| | Terminations | | 1,419 | 1,448 | 1,516 | 1,507 | 1,478 | 1,020 | | |
| | Pending | | 1,501 | 1,853 | 2,085 | 1,836 | 1,999 | 1,477 | | |
| | % Change in Total Filings | Over Last Year | | -9.5 | | | | | 74 | 6 |
| | | Over Earlier Years | | | -40.1 | -20.9 | -46.9 | 7.3 | 34 | 3 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | 1.9 | 3.1 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 270 | 298 | 449 | 340 | 507 | 251 | 82 | 5 |
| | | Civil | 233 | 264 | 414 | 306 | 462 | 233 | 73 | 5 |
| | | Criminal Felony | 30 | 28 | 29 | 25 | 38 | 18 | 88 | 5 |
| | | Supervised Release Hearings** | 7 | 6 | 6 | 9 | 7 | - | 87 | 4 |
| | Pending Cases | | 375 | 463 | 521 | 459 | 500 | 369 | 48 | 5 |
| | Weighted Filings** | | 367 | 422 | 534 | 424 | 516 | 379 | 71 | 4 |
| | Terminations | | 355 | 362 | 379 | 377 | 370 | 255 | 69 | 4 |
| | Trials Completed | | 15 | 20 | 19 | 23 | 18 | 16 | 65 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.3 | 9.4 | 9.1 | 8.3 | 9.8 | 8.0 | 56 | 2 |
| | | Civil** | 16.8 | 10.9 | 14.0 | 11.2 | 8.2 | 12.6 | 91 | 5 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 23.5 | 26.0 | 24.0 | 22.5 | 21.0 | 49 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 142 | 156 | 65 | 66 | 99 | 77 | | |
| | | Percentage | 10.6 | 9.1 | 3.4 | 3.9 | 5.4 | 5.5 | 76 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.3 | 1.1 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 39.60 | 39.82 | 38.50 | 34.98 | 33.84 | 32.68 | | |
| | | Percent Not Selected or Challenged | 24.1 | 22.8 | 20.9 | 24.0 | 24.4 | 19.9 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 930 | 32 | 6 | 233 | 12 | 6 | 20 | 76 | 52 | 160 | 132 | 51 | 150 |
| Criminal* | 117 | - | 26 | 14 | 29 | 20 | - | 2 | 5 | 10 | 2 | - | 9 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

**EXHIBIT 4**

# U.S. DISTRICT COURT — JUDICIAL CASELOAD PROFILE

| CALIFORNIA NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | 6,841 | U.S. | Circuit |
| | Terminations | | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | 6,069 | | |
| | Pending | | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | 6,928 | | |
| | % Change in Total Filings | Over Last Year | | 36.5 | | | | | 4 | 1 |
| | | Over Earlier Years | | | 29.1 | 25.5 | 10.1 | 26.9 | 10 | 2 |
| Number of Judgeships | | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | 3.1 | 12.0 | 3.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 620 | 455 | 480 | 494 | 563 | 489 | 11 | 3 |
| | | Civil | 558 | 390 | 413 | 424 | 510 | 439 | 6 | 2 |
| | | Criminal Felony | 37 | 39 | 44 | 47 | 42 | 50 | 82 | 12 |
| | | Supervised Release Hearings** | 25 | 26 | 23 | 23 | 11 | - | 36 | 12 |
| | Pending Cases | | 583 | 468 | 519 | 541 | 568 | 495 | 12 | 2 |
| | Weighted Filings** | | 621 | 543 | 581 | 631 | 598 | 610 | 5 | 2 |
| | Terminations | | 499 | 498 | 462 | 507 | 477 | 434 | 28 | 5 |
| | Trials Completed | | 8 | 10 | 10 | 11 | 11 | 11 | 91 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 10.1 | 75 | 11 |
| | | Civil** | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 9.1 | 11 | 3 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 22.7 | 41 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 528 | 530 | 430 | 377 | 475 | 335 | | |
| | | Percentage | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 5.6 | 60 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | 60.46 | | |
| | | Percent Not Selected or Challenged | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | 42.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7812 | 128 | 2118 | 1540 | 105 | 23 | 487 | 577 | 481 | 464 | 745 | 105 | 1039 |
| Criminal* | 507 | 16 | 58 | 134 | 70 | 89 | 18 | 28 | 8 | 9 | 15 | 27 | 35 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\** See "Explanation of Selected Terms."