Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | ) Case No. C 07-01237 MJJ |
| Plaintiff, | ) **DECLARATION OF CARYN** |
| vs. | ) **GLOYD IN SUPPORT OF** |
| | ) **PLAINTIFF'S MEMORANDUM OF** |
| HARRIS CRAMER, LLP, *et al.*, | ) **POINTS AND AUTHORITIES IN** |
| | ) **OPPOSITION TO DEFENDANTS'** |
| Defendants. | ) **MOTION TO TRANSFER ACTION** |
| | ) **TO DELAWARE PURSUANT TO 28** |
| | ) **U.S.C. §1404(a)** |

Date: May 8, 2007
Time: 9:30 a.m.
Courtroom: Hon. Martin J. Jenkins

---

Gloyd Decl. In Suppt of Plaintiff's Opp.
to Mot. to Transfer– Case No. CGC 06-457399            1

TRIAL &
TECHNOLOGY
LAW GROUP

Caryn Gloyd states and declares as follows:

1. I am an investigator and the operations manager of S&H Investigative Services. I am licensed as an investigator in Delaware and Maryland. S&H Investigative Services is a licensed investigative service in Delaware, Pennsylvania and Maryland. This declaration is made on personal knowledge.

2. I attempted to locate a residential telephone number and address for Alan L. Frank in Delaware. I used an online database, LocatePlus, which is available only to licensed investigators. I did not locate any Delaware residential addresses or telephone numbers for Mr. Frank. I also looked in the 2006-2007 Wilmington Yellow Book, which contains both business and residential telephone numbers. There are no residential white pages listings for him in that book. I also looked in the Verizon Newcastle County telephone directory. There is no residential address or telephone number for Alan L. Frank in that directory.

3. I attempted to locate a residential address and telephone number for Alan L. Frank in Pennsylvania. I used the PowerFinder CD-ROM, the Mid-Atlantic version, which lists residential listings in Pennsylvania and Delaware, which I regularly use as an investigator to locate witnesses, skip traces and heirs. The PowerFinder CD-ROM contains an address for Alan L. Frank at 526 Long Lane, Huntingdon Valley, Pennsylvania 19006, telephone number (215) 947-8383. A true and correct copy of the listing I printed from the PowerFinder CD-ROM is attached hereto as Exhibit 1.

4. On or about March 22, 2007, I telephoned the Delaware State Bar Association, and I asked the clerk in the membership records department if Alan L. Frank is a member of the Delaware State Bar. I was told that "there is no Alan Frank listed as a member."

Gloyd Decl. In Suppt of Plaintiff's Opp.
to Mot. to Transfer– Case No. CGC 06-457399      2

TRIAL &
TECHNOLOGY
LAW GROUP

5.  In addition, on or about that same date, I looked at the 2007 Delaware State Bar Association member directory. I did not find Mr. Frank listed as a member. A true and correct copy of the cover page and an interior page of the directory are attached hereto as Exhibit 2.

6.  On or about March 27, 2007, under my direction to locate Alan L. Frank, investigator Rick Alexander of my office accessed and searched the website for the Disciplinary Board of the Supreme Court of Pennsylvania (http://padisciplinaryboard.org). He searched for Alan L. Frank's records on that database. Mr. Alexander located records for Alan L. Frank, which he then gave to me, reflecting Mr. Frank's admission to the Pennsylvania State Bar in 1981, identifying his bar number, and identifying his office address as Alan L Frank Law Associates PC, 8380 Old York Road Suite 410, Elkins Park, PA 19027. A true and correct copy of the printout from the website that Mr. Alexander gave to me is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 17, 2007 at Wilmington, Delaware.

_____
Caryn Gloyd

Gloyd Decl. In Supp. of Plaintiff's Opp.
to Mot. to Transfer– Case No. CGC 06-457399          3

TRIAL &
TECHNOLOGY
LAW GROUP

# EXHIBIT 1

*POWER FINDER Phone DNC SEARCH*
*Includes PA*

FRANK, ALAN
5712 PHILLIPS AVE
PITTSBURGH, PA 15217-2251
412-422-5928

FRANK, ALAN
KINGSTON, PA 18704
570-283-2020

FRANK, ALAN
201 JAMES ST
KINGSTON, PA 18704-5217
570-287-0509

FRANK, ALAN D
2035 BELVEDERE AVE
HAVERTOWN, PA 19083-2227
610-446-3986

FRANK, ALAN I W
96 WOODLAND RD
PITTSBURGH, PA 15232-2814
412-441-7800

FRANK, ALAN J
1145 HIGHLAND RD
SHARON, PA 16146-3612
724-346-0207

FRANK, ALAN J OD
1818 E STATE ST
HERMITAGE, PA 16148-1876
724-347-7130

FRANK, ALAN L
132 MILL ST
BRISTOL, PA 19007-4807
215-788-6110

*Bristol= Bucks*

*Chaiken*
*215-935-1000*
*This is the*
*Old York Road*

FRANK, ALAN L ATTY
526 LONG LN
HUNTINGDON VALLEY, PA 19006-2941
215-947-8383

*Huntington Valley*
*= Montgomery + Bucks*

FRANK, ALAN OD
VILLAGE SQUARE PLZ
CLARKS SUMMIT, PA 18411
570-587-5186

FRANK, ALAN OD
211 N STATE ST
CLARKS SUMMIT, PA 18411-1087
570-587-2100

FRANK, ALAN OD
SCRANTON CARBONDALE HWY
BLAKELY, PA 18447
570-383-6400

FRANK, ALAN OD
1850 N TOWNSHIP BLVD
PITTSTON, PA 18640-3550
570-654-1641

FRANK, ALAN OD
304 W TIOGA ST
TUNKHANNOCK, PA 18657-6615
570-836-6771

# EXHIBIT 2

Delaware Legal Directory
2007

**GVA Smith Mack**
Worldwide Real Estate Solutions

**A-G**

I.D. No. 1071
Admitted: 3/2/1981
**Frabizzio, Anthony M.**
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Phone: 573-4800
FAX: 573-4806
E-mail: afrabizzio@hfddel.com

I.D. No. 311
Admitted: 12/3/1971
**Frabizzio, Samuel J.**
Samuel J. Frabizzio, Attorney at Law
1300 Grant Avenue, Suite 200
Wilmington, DE 19806
Phone: 777-4400
FAX: 777-4477
E-mail: sjfrabizz@aol.com

The Honorable
**Fraczkowski, Alfred**
1402 Woodlawn Avenue
Wilmington, DE 19806

I.D. No. 4706
Admitted: 12/9/2005
**Frakes, Michael Denver**
Skadden Arps Slate
Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Phone: 651-3157
FAX: 651-3001
E-mail: mfrakes@skadden.com

I.D. No. 3497
Admitted: 12/12/1996
**Fraley, George F., III**
1286 Alameda de las Pulgas
Redwood City, CA 94061
E-mail: fraleyfraley@yahoo.com

I.D. No. 3835
Admitted: 12/15/1999
**Francella, Thomas Joseph, Jr.**
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801-1163
Phone: 778-7544
FAX: 778-7575
E-mail: tfrancella@reedsmith.com

I.D. No. 757
Admitted: 12/5/1969
**Frank, John C. S.**
665 Chesterville Road
P.O. Box 337
Kemblesville, PA 19347-0337
Phone: 610-255-4680

I.D. No. 833
Admitted: 12/3/1971
**Franta, Richard E.**
Richard E. Franta
1301 North Harrison Street, #102
Wilmington, DE 19806
Phone: 428-1600
FAX: 428-1804
E-mail: richardfranta@comcast.net

I.D. No. 2871
Admitted: 12/13/1990
**Frattarelli, Peter L.**
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Phone: 777-4350
FAX: 777-4352
E-mail: pfrattarelli@archerlaw.com

I.D. No. 3591
Admitted: 9/15/1997
**Frazier, Amy K.**
128 Oldbury Drive
Wilmington, DE 19808

I.D. No. 2352
Admitted: 12/10/1985
**Frazier, Ann Martino**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
Phone: 429-4274
FAX: 658-6355
E-mail: afrazier@bayardfirm.com

I.D. No. 4030
Admitted: 2/20/2001
**Frazier, Shannon S.**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Phone: 888-6916
FAX: 888-6989
E-mail: sfrazier@morrisjames.com

I.D. No. 4626
Admitted: 1/26/2005
**Fredericks, Ian S.**
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 571-6600
E-mail: ifredericks@ycst.com

I.D. No. 3498
Admitted: 12/12/1996
**Freebery, James Joseph, IV**
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Phone: 984-6300
FAX: 984-6399
E-mail: jfreebery@mccarter.com

I.D. No. 3350
Admitted: 3/10/1995
**Freebery, JoAnne Jodi**
P.O. Box 4465
Greenville, DE 19807
Phone: 743-0500
E-mail: jfreebery@comcast.net

I.D. No. 2704
Admitted: 3/8/1989
**Freebery, Michael P.**
The Law Offices of
Michael P. Freebery, LLC
1324 King Street
Wilmington, DE 19801
Phone: 888-1111
FAX: 888-1010
E-mail: mfreebery@deworkcomp.com

I.D. No. 3389
Admitted: 12/14/1995
**Freebery, Sherry L.**
600 Dandenog Drive
Wilmington, DE 19808-1367
Phone: 633-6868
E-mail: sfreebery1@comcast.net

I.D. No. 4257
Admitted: 12/17/2002
**Freeman, Mark Evan**
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: 888-6209
FAX: 658-5614
E-mail: mfreeman@cblh.com

I.D. No. 2740
Admitted: 12/14/1989
**Freibott, Frederick S.**
The Freibott Law Firm, P.A.
3407 Lancaster Pike
P.O. Box 30128
Wilmington, DE 19805
Phone: 633-9000
FAX: 633-9113
E-mail: fred@freibottlaw.com

I.D. No. 2930
Admitted: 1/18/1991
**French, Karen S.**
LeClair Ryan
4201 Dominion Boulevard, Suite 200
Glen Allen, VA 23060
Phone: 804-783-7537
FAX: 804-783-7665
E-mail: kfrench@leclairryan.com

I.D. No. 3424
Admitted: 12/14/1995
**French, Susan Lee**
Department of Justice
114 East Market Street
Georgetown, DE 19947
Phone: 856-5033 ext. 120
FAX: 856-5369

I.D. No. 3458
Admitted: 3/25/1996
**Fresco, Brigitte V.**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 651-7548
FAX: 651-7701
E-mail: fresco@rlf.com

# EXHIBIT 3

# The Disciplinary Board of the Supreme Court of Pennsylvania

# PA Attorney Information

## Alan Lee Frank

PA Attorney ID: 34414

Current Status: ACTIVE

Date of Admission: 10/29/1981

Lawfirm: Alan L. Frank Law Associates, P.C.

Other Organization:

District: 2

County: Montgomery

Public Access Address: Alan L Frank Law Associates PC
8380 Old York Road Suite 410
Elkins Park, PA 19027

Tel: 215 935-1000

Fax: 215 935-1110

Comment:

Discipline:

©2007 The Disciplinary Board of the Supreme Court of Pennsylvania.

For questions or comments regarding the website, please contact us at comments@padisciplinaryboard.org.