JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: C07-01237 MJJ<br><br>**PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (RULE 12(b)(6))**<br><br>Date: 05-08-07<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor Honorable Martin J. Jenkins |

PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (RULE 12(b)(6))

G:\Data\DOCS\0395\03755\Reply-Mot-Dismiss-POS.pld

**FORTE CAPITAL PARTNERS, LLC v. HARRIS CRAMER, LLP, et al.**
United States District Court, Northern District of California Case No. C07-01237 MJJ

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (RULE 12(b)(6))**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Robert A. Spanner, Esq.<br>Trial & Technology Group<br>545 Middlefield Road, Suite 220<br>Menlo Park, CA 94025<br>Tel: (650) 324-2223<br>Fax: (650) 324-0178<br>***Attys for Plaintiff Forte Capital Partners, LLC*** | Russell S. Roeca, Esq.<br>Edward D. Haas, Esq.<br>Daniel Hager, Esq.<br>**Roeca Haas Hager LLP**<br>180 Sutter Street, Suite 200<br>San Francisco, CA 94104<br>Tel: (415) 352-0980<br>Tel: (415) 901-4201 (Roeca direct)<br>Fax: (415)352-0988<br>e-mail: rroeca@r2hlaw.com<br>www.r2hlaw.com<br>*Atty for Defendants MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P., a partnership* |

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF Pacer) I caused to be delivered by ECF Pacer this date each of the above

1  documents, for which our office will maintain the ECF Pacer filing receipt, to the following:

2  Executed on April 23, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Claudia Gomez*

PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (RULE 12(b)(6))

3

G:\Data\DOCS\0395\03755\Reply-Mot-Dismiss-POS.pld