1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   JOSHUA W. ROSE, ESQ. BAR#: 191024
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW
6  ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO/OAKLAND DIVISION

11 | FORTE CAPITAL PARTNERS, LLC, a          | CASE NO.: C07-01237 MJJ
   | Delaware limited liability company,     |
12 |                                         | **REPLY DECLARATION OF JEFFREY
   |           Plaintiff,                    | M. VUCINICH IN SUPPORT OF
13 |                                         | DEFENDANTS FRANK, ROSEN,
   | v.                                      | SNYDER & MOSS, LLP ET AL'S.
14 |                                         | MOTION TO TRANSFER ACTION TO
   | HARRIS CRAMER, L.L.P., a partnership;   | UNITED STATES DISTRICT COURT,
15 | MICHAEL D. HARRIS; FRANK, ROSEN,        | DISTRICT OF DELAWARE PURSUANT
   | SNYDER & MOSS, LLP, a limited           | TO 28 U.S.C. § 1404(a)**
16 | partnership; ALAN L. FRANK LAW          |
   | ASSOCIATES, P.C., a corporation; ALAN   |
17 | L. FRANK; MARC H. SNYDER; and           | Date:       05-08-07
   | DOES 1-50, inclusive,                   | Time:       9:30 a.m.
18 |                                         | Courtroom:  11, 19th Floor Honorable
   |           Defendants.                   |             Martin J. Jenkins
19

20

21      I, JEFFREY M. VUCINICH declare as follows:

22      1.    I am an attorney at law licensed to practice before all of the courts of the State of

23 California, and am a partner of the law firm Clapp, Moroney, Bellagamba and Vucinich, attorneys of

24 record for defendants FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L.

25 FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER. If

26 called upon as a witness, I could and would testify to the following:

27      2.    On or about April 17, 2007, I accessed the website for Forte Capital Partners, LLC,

28 REPLY DECLARATION OF JEFFREY M. VUCINICH IN
   SUPPORT OF DEFENDANTS FRANK, ROSEN, SNYDER &
   MOSS, LLP ET AL'S. MOTION TO TRANSFER ACTION TO
   UNITED STATES DISTRICT COURT, DISTRICT OF              G:\Data\DOCS\0395\03755\Dec-jm
   DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)               v-reply-mot-trans.pld

http://www.fortepartners.com/pages/intro.html. True and correct copies of pages that I printed from that website are attached hereto as "Exhibit A." These pages evidence defendants' filing of the action on behalf of plaintiff in Delaware.

3. Counsel for the moving defendants mistakenly stated in Section III, subsection A, page 3 lines 18-19 and again in Section III, subsection B, page 4, lines 19-21, of their memorandum of points and authorities in support of this motion that "Defendant Alan Frank is a resident of Delaware." In fact, Mr. Frank is a citizen of Pennsylvania, **not** Delaware.

4. On or about April 17, 2007, I accessed the website for The Securities and Exchange Commission, http://www.sec.gov/edgar/searchedgar/webusers.htm. True and correct copies of pages that I printed from that website are attached hereto as "Exhibit B." These pages evidence a further example of defendants Harris Cramer and Michael D. Harris' exposure to personal jurisdiction in Delaware by way of their representation of a Delaware corporation, Ecosphere Technologies, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I have personal knowledge of all facts contained in this Declaration, except for those matters stated to be on information and belief, and, if called as a witness, I could and would competently testify thereto. Executed on April 23, 2007 at San Bruno, California.

_____
JEFFREY M. VUCINICH

REPLY DECLARATION OF JEFFREY M. VUCINICH IN SUPPORT OF DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL'S. MOTION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)

2

G:\Data\DOCS\0395\03755\Dec-jm v-reply-mot-trans.pld

# EXHIBIT "A"



| INTRO | SERVICES | ADVANTAGE | OPPORTUNITY | CLIENTS | LEADERSHIP | NEWS |

**FORTE PARTNERSHIP COMPANIES IN THE NEWS**

SmartVideo, Inc. - News Item 1

Status Quo Order Executed by Delaware Chancery Court on SmartVideo - Court Hearing Scheduled for November 21st to Determine Control of the Company

Delaware - Forte' Capital Partners announced today that the Delaware Chancery Court has granted its request for a Status Quo Order (SQO) on SmartVideo Technologies (OTCBB: SMVD.OB - News). The SQO prohibits SmartVideo's current management from taking any actions outside the ordinary course of business without giving prior written notice to Forte' Capital Partners. Prior notice will be required for such actions as issuance of additional shares, raising of equity capital, or selling all or substantially all of the company's stock or assets. In addition, the SQO requires SmartVideo to preserve the business records and assets of the Company, leaves the incumbent management in place, and bars communication between Forte' Capital Partners and SmartVideo.

The Court also set a hearing for November 21st, 2005, to determine whether Forte' Capital Partners' proxy solicitation - whose record date is August 29th, 2005 - was successful in obtaining the approval of a majority of SmartVideo's shareholders for its proposals to replace the company's current Board of Directors and to amend the company's By-Laws. In a press release dated October 26th, Forte' Capital Partners announced that they had obtained the majority vote for the proxy solicitation, but this is now being contested by the management team they are seeking to replace.

Forte' Capital Partners' managing member Daniel McKelvey commented, "We are very confident that we obtained the majority vote required under Delaware Law. We look forward to the proceeding on the 21st of November, and then to building shareholder value with our new management team."

Forward Looking Statements

This press release may constitute "forward-looking" statements including the goals of the new board of directors. Additionally, words such as "believe," "estimate," "project," "intend," "expect," or similar expressions may constitute "forward-looking statements." These statements are made pursuant to the safe

"Helping entrepreneurs build successful companies is our Forté"

Sept.28.04 - New Fund of Fund Streamlines Investor Relations and Fund Profiling with FundRunner Software...

harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements inherently involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. By making these forward-looking statements, Forte' Capital Partners undertakes no obligation to update these statements for revisions or changes after the date of this release.

©2004 Forté Capital Partners, LLC

SILICON VALLEY · NEW YORK · SAN FRANCIS[CO]

# EXHIBIT "B"

**1 - 10** of **87** results
Previous   **1 2 3 4 5 6 7 8 9**   Next

| Date Filed | Title |
|---|---|
| 04/05/2007 | EX-5 of S-8 for ECOSPHERE TECHNOLOGIES INC |
| | COMPANY NAME(s) - [**ECOSPHERE TECHNOLOGIES INC (CIK - 1071760 /SIC - 3530)**] |
| | Very truly yours, /s/ Harris Cramer LLP Harris Cramer LLP |
| | **Parent Filing** |
| 04/05/2007 | S-8 for ECOSPHERE TECHNOLOGIES INC |
| | COMPANY NAME(s) - [**ECOSPHERE TECHNOLOGIES INC (CIK - 1071760 /SIC - 3530)**] |
| | Harris Cramer LLP, in West Palm Beach, Florida, will pass upon the validity of the common stock offered by the selling stockholders in this offering. |
| | Exhibits List->    \|  **1**  \|  **2** |
| 04/03/2007 | SC 13D/A for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**, **Quan Nolan (CIK - 1363679 /SIC - Unspecified)**] |
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 SCHEDULE 13D Under the Securities Exchange Act of 1934 (Amendment No. 2) 1 BROADCASTER, INC. (formerly International Microcomputer Software, Inc.) (Name of Issuer) Common Stock, no par value (Title of Class of Securities) |
| 04/02/2007 | POS AM for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**] |
| | As filed with the Securities and Exchange Commission on April 2, 2007. Registration No. 333-119359 UNITED STATES SECURITIES AND EXCHANGE COMMISSION WASHINGTON, D.C. 20549 ——————— POST-EFFECTIVE AMENDMENT NO. 2 TO FORM SB-2 ——————— REGISTRATION STATEMENT UNDER THE |
| 03/29/2007 | SC 13D/A for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**, **GARDNER MICHAEL (CIK - 1133352 /SIC - Unspecified)**] |
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 SCHEDULE 13D Under the Securities Exchange Act of 1934 (Amendment No. 2) 1 BROADCASTER, INC. (formerly International Microcomputer Software, Inc.) (Name of Issuer) Common Stock, no par value (Title of Class of Securities) |
| 02/20/2007 | SC 13D/A for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**, **Quan Nolan (CIK - 1363679 /SIC - Unspecified)**] |
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 SCHEDULE 13D Under the Securities Exchange Act of 1934 (Amendment No. 1) 1 BROADCASTER, INC. (formerly International Microcomputer Software, Inc.) (Name of Issuer) Common Stock, no par value (Title of Class of Securities) |
| 02/07/2007 | SC 13D/A for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**, **WADE MARTIN R III (CIK - 1206060 /SIC - Unspecified)**] |
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 SCHEDULE 13D Under the Securities Exchange Act of 1934 (Amendment No. 1) 1 BROADCASTER, INC. (formerly International Microcomputer Software, Inc.) (Name of Issuer) Common Stock, no par value (Title of Class of Securities) |
| 02/05/2007 | SC 13D/A for BROADCASTER INC |
| | COMPANY NAME(s) - [**BROADCASTER INC (CIK - 814929 /SIC - 7372)**, **GARDNER MICHAEL (CIK - 1133352 /SIC - Unspecified)**] |
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 SCHEDULE 13D Under the Securities Exchange Act of 1934 (Amendment No. 1) 1 BROADCASTER, INC. (formerly International Microcomputer Software, Inc.) (Name of Issuer) Common Stock, no par value (Title of Class |

*of Securities)*

---

02/01/2007  424B3 for ECOSPHERE TECHNOLOGIES INC
COMPANY NAME(s) - [**ECOSPHERE TECHNOLOGIES INC (CIK - 1071760 /SIC - 3530)**]
*58 LEGAL MATTERS The validity of the securities offered hereby will be passed upon for us by Harris Cramer LLP, West Palm Beach, Florida.*

---

02/01/2007  424B3 for ECOSPHERE TECHNOLOGIES INC
COMPANY NAME(s) - [**ECOSPHERE TECHNOLOGIES INC (CIK - 1071760 /SIC - 3530)**]
*53 SELLING SHAREHOLDERS The following table provides information about each selling shareholder listing how many shares of our common stock they own on the date of this prospectus, how many shares are offered for sale by this prospectus, and the number and percentage of outstanding shares each*

---

**1 - 10** of **87** results
Previous   **1 2 3 4 5 6 7 8 9**   **Next**

- Market the trucks with our filtration systems through their large dealer network to emergency responders, municipal water systems, the U.S. federal government including the United States and foreign militaries.

Pierce is a subsidiary of Oshkosh Truck Corporation which is a leading defense contractor. Additionally, Oshkosh is marketing our water filtration system to the United States and foreign militaries as a product that can be loaded onto Oshkosh's HEMTT, a military truck built for challenging military missions.

More recently, in December 2006, we announced our new patent pending Ecos Lifelink product, which is a portable micro utility using solar power and a wind turbine to generate renewable electricity that can provide water, electricity, Internet, and wireless telephone communications for "off-grid" locations in third world and developing countries. Additionally, we are developing a standalone product we call our Ecos Com Cube which is similar to our Ecos Lifelink but lacks the water filtration system. Both the Ecos Lifelink and the Ecos Com Cube will provide the link from satellite phone systems to our Ecos Lifelink and Com Cube and provide persons in "off-grid" locations with cellular phone service, Voice Over Internet Phone or VOIP service and traditional Internet service. In order to meet this objective, we are negotiating an agreement with a third party provider of broadband satellite access solutions and expect to sign a written agreement in the near future.

Mr. Jean-Michel Cousteau has a worldwide reputation and commitment to protecting the environment and providing awareness of the world's water crisis. Mr. Cousteau has previously served as a director of Ecosphere and is now a director emeritus and member of our Board of Advisors. Mr. Cousteau will continue to assist us to form strategic alliances with eco-friendly and humanitarian organizations and companies, which may be one of the ways we can fund the purchase of our Ecos Lifelink and Ecos Com Cube systems.

**Our Corporate Information**

We were incorporated under the name UltraStrip Systems, Inc. in April 1998 in Florida. We reincorporated on September 8, 2006 in Delaware under the name Ecosphere Technologies, Inc. Our principal offices are located at 3515 S.E. Lionel Terrace, Stuart, Florida 34997. Our telephone number is (772) 287-4846. Please address any correspondence to the attention of Jacqueline K. McGuire, Senior Vice President of Administration and Secretary.

We have three wholly-owned subsidiaries, Ecosphere Systems, Envirobotic Solutions and Ecosphere Energy, which share offices with us. The President of Ecosphere Systems maintains his principal office in Washington, D.C.

2

## SELLING SHAREHOLDERS

The following table provides information about each selling shareholder listing how many shares of our common stock they own on the date of this prospectus, how many shares are offered for sale by this prospectus, and the number and percentage of outstanding shares each selling shareholder will own after the offering assuming all shares covered by this prospectus are sold. None of the Selling Shareholders have had any position, office, or material relationship with us or our affiliates within the past three years. The information concerning beneficial ownership has been taken from Ecosphere's stock transfer records and information provided by the Selling Shareholders.

| Name of Selling Security Holder | Number of Shares Beneficially Owned Pre-Offering [1] | Amount Offered [1] | Number of Shares Beneficially Owned Post-Offering [2] | Percentage Beneficially Owned Post-Offering [2] |
|---|---|---|---|---|
| Russell O. Briere | 142,857 | 142,857 | 0 | 0% |
| Enable Opportunity Fund Partners LP[3] | 1,834,914 | 1,834,914 | 0 | 0% |
| Enable Growth Partners LP[3] | 15,596,770 | 15,596,770 | 0 | 0% |
| Lawrence & Lorraine Eng as joint tenants with right of survivorship | 344,531 | 73,529 | 271,002 | * |
| Frey Living Trust of 3-20-96[4] | 5,363,596 | 5,363,596 | 0 | 0% |
| Gemini Master Fund, Ltd. [5] | 2,822,944 | 2,822,944 | 0 | 0% |
| Heller Capital[6] | 3,000,000 | 3,000,000 | 0 | 0% |
| John Liu | 53,763 | 53,763 | 0 | 0% |
| Pierce Diversified Strategy Master Fund LLC Ena[3] | 917,457 | 917,457 | 0 | 0% |
| John S. Poindexter III | 65,789 | 65,789 | 0 | 0% |
| Nathan B. Powell | 44,643 | 44,643 | 0 | 0% |
| Andrew C. & Elizabeth G. Pretzer | 68,763 | 53,763 | 15,000 | * |
| Michael & Beth Harris[7] | 260,000 | 250,000 | 10,000 | * |
| Daryl & Heather Cramer[7] | 250,000 | 250,000 | 0 | 0 |
| Michael Cristoforo[8] | 1,738,814 | 400,000 | 1,338,814 | 1.5% |

\* Less than 1%.
(1) Except as otherwise indicated, the shares beneficially owned include (i) shares of common stock issued or issuable upon conversion of our debentures (ii) shares issuable upon conversion of our notes and (iii) shares issuable upon exercise of warrants.
(2) Assumes all notes and debentures converted, all warrants exercised and all shares of common stock issued are sold.
(3) Each of these Selling Shareholders is controlled by Mitch Levine.
(4) Philip Frey Jr. is the trustee of this trust.
(5) This investment manager of Gemini Master Fund, Ltd. is Gemini Strategies, LLC. The managing member of Gemini Strategies, LLC is Mr. Steven W. Winters. As such, Mr. Winters may be deemed beneficial owner of the shares; however, Mr. Winters disclaims beneficial ownership of such shares and this prospectus shall not be deemed an admission that Mr. Winters is the beneficial owner of these shares for any purpose.
(6) This selling shareholder is controlled by Ronald Heller.
(7) Michael Harris and Daryl Cramer are employees of Harris Cramer LLP, which is counsel to Ecosphere. Consists of shares issuable upon the exercise of $0.25 options granted by Ecosphere's Chief Executive Officer and Senior Vice President of Administration. The options were granted to Mr. Harris and unrelated to any legal fees charged or to be charged.
(8) Mr. Cristoforo is a friend of Mr. Dennis McGuire, Ecosphere's Chief Executive Officer and trustee of a trust for the benefit of Mr. McGuire's family. This trust owns 863,814 shares of Ecosphere common stock, which shares are included in the shares beneficially owned by Mr. Cristoforo. In addition, the McGuires may within 60 days of the date of this prospectus transfer 400,000 shares of common stock held jointly by them to Mr. Cristoforo in satisfaction of a personal obligation.

# DESCRIPTION OF SECURITIES

We are a Delaware corporation. We were originally incorporated in 1998 as a Florida corporation under the name UltraStrip Systems, Inc. In September 2006, our shareholders approved a proposal for us to reincorporate in Delaware and change our name to Ecosphere Technologies, Inc.

**Common Stock**

We are authorized to issue 150,000,000 shares of common stock, $0.01 par value, of which 56,393,972 shares are currently outstanding. The holders of our common stock are entitled to one vote for each share held of record on each matter submitted to a vote of shareholders. Cumulative voting for election of directors is not permitted. Subject to the prior rights of any series of preferred stock, holders of common stock are entitled to receive ratably any dividends that may be declared by the Board of Directors out of legally available funds, and, in the event of our liquidation, dissolution or winding up, are entitled to share ratably in all assets remaining after payment of liabilities. Holders of common stock have no preemptive rights or rights to convert their common stock into any other securities. The outstanding common stock is validly issued, fully paid and nonassessable.

**Preferred Stock**

We are authorized to issue 4,999,505 shares of preferred stock, par value $0.01 per share, with such rights, preferences and limitations as may be created from time to time by our Board of Directors. In addition, we have authority to issue 11 shares of Series A preferred stock, of which nine shares are currently outstanding, and 484 shares of Series B preferred stock, of which 464 shares are currently outstanding. The Series A preferred shareholders are entitled to receive a liquidation preference in the amount of $25,000 per share. Following payment of the Series A shareholders, the Series B preferred shareholders are entitled to a liquidation preference in the amount of $2,500 per share. Shares of Series A preferred stock are redeemable by us for $27,500 per share, plus any accrued unpaid dividends, and are redeemable by the holders in the event of a change in control for $25,000 plus any accrued unpaid dividends. Shares of Series B preferred stock are redeemable by us for $3,000 per share, plus any accrued unpaid dividends, and are redeemable by the holders in the event of a change in control for $2,500. Holders of Series A and B preferred stock may convert their shares, in whole or in part, into shares of common stock at any time. Each share of Series A preferred stock converts into 6,000 shares of common stock, and each share of Series B preferred stock converts into 835 shares of common stock. Shares of Series and Series B preferred stock do not have any voting rights.

**Anti-takeover Effects of Delaware Law**

We are subject to the "business combination" provisions of Section 203 of the Delaware General Corporation Law. In general, such provisions prohibit a publicly-held Delaware corporation from engaging in various "business combination" transactions such as a merger with any "interested stockholder" which includes, a stockholder owning 15% of a corporation's outstanding voting securities, for a period of three years after the date in which the person became an interested stockholder, unless:

- The transaction is approved by the corporation's Board of Directors prior to the date the stockholder became an interested stockholder;
- Upon closing of the transaction which resulted in the stockholder becoming an interested stockholder, the stockholder owned at least 85% of the shares of stock entitled to vote generally in the election of directors of the corporation outstanding excluding those shares owned by persons who are both directors and officers and specified types of employee stock plans; or
- On or after such date, the business combination is approved by the Board of Directors and at least 66 2/3% of outstanding voting stock not owned by the interested stockholder.

57

## LEGAL MATTERS

The validity of the securities offered hereby will be passed upon for us by Harris Cramer LLP, West Palm Beach, Florida. Attorneys employed by this firm are among the Selling Shareholders since they hold options to purchase 500,000 shares of our common stock at $0.25 per share which an employee of that firm received from our Chief Executive Officer and Senior Vice President of Administration as a gift. One of these attorneys also owns 10,000 shares of our common stock which were purchased in the open market. In addition, McHale & Slavin, P.A., Palm Beach Gardens, Florida is acting as special intellectual property and patent counsel.

## EXPERTS

Our financial statements for the years ended December 31, 2005 and 2004, appearing in this prospectus and registration statement have been audited by Tedder, James, Worden & Associates, P.A., an independent registered public accounting firm, as set forth in their report appearing elsewhere herein, and are included in reliance upon such report given on the authority of such firm as experts in accounting and auditing. Their report includes an emphasis paragraph relating to an uncertainty as to the Company's ability to continue as a going concern.

## WHERE YOU CAN OBTAIN ADDITIONAL INFORMATION

We have filed with the Securities and Exchange Commission a registration statement on Form SB-2, including the exhibits, schedules, and amendments to this registration statement, under the Securities Act with respect to the shares of common stock to be sold in this offering. This prospectus, which forms a part of the registration statement, does not contain all the information set forth in the registration statement. For further information with respect to us and the shares of our common stock to be sold in this offering, we make reference to the registration statement. Although this prospectus contains all material information regarding us, statements contained in this prospectus as to the contents of any contract, agreement or other document referred to are not necessarily complete, and in each instance we make reference to the copy of such contract, agreement, or other document filed as an exhibit to the registration statement, each such statement being qualified in all respects by such reference.

You may read and copy all or any portion of the registration statement or any other information, which we file at the Securities and Exchange Commission's public reference room at 100 F Street, NE, Washington, D.C. 20549. We also file periodic reports, proxy and information statements, and other information with the Securities and Exchange Commission. You can request copies of these documents, upon payment of a duplicating fee, by writing to the Securities and Exchange Commission. Please call the Securities and Exchange Commission at 1-800-SEC-0330 for further information on the operation of the public reference rooms. Our Securities and Exchange Commission filings, including the registration statement, are also available to you on the Securities and Exchange Commission's website, www.sec.gov.