1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   JOSHUA W. ROSE, ESQ. BAR#: 191024
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW
6  ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11 | FORTE CAPITAL PARTNERS, LLC, a         | CASE NO.: C07-01237 MJJ
   | Delaware limited liability company,    |
12 |                                         | **PROOF OF SERVICE ON REPLY BY
   |              Plaintiff,                | DEFENDANTS FRANK, ROSEN,
13 |                                         | SNYDER & MOSS, LLP ET AL. TO
   | v.                                     | OPPOSITION BY PLAINTIFF TO
14 |                                         | MOTION TO TRANSFER ACTION TO
   | HARRIS CRAMER, L.L.P., a partnership;  | UNITED STATES DISTRICT COURT,
15 | MICHAEL D. HARRIS; FRANK, ROSEN,       | DISTRICT OF DELAWARE PURSUANT
   | SNYDER & MOSS, LLP, a limited          | TO 28 U.S.C. § 1404(a)**
16 | partnership; ALAN L. FRANK LAW         |
   | ASSOCIATES, P.C., a corporation; ALAN  |
17 | L. FRANK; MARC H. SNYDER; and          | Date:       05-08-07
   | DOES 1-50, inclusive,                  | Time:       9:30 a.m.
18 |                                         | Courtroom:  11, 19th Floor
   |              Defendants.               |             Honorable Martin J. Jenkins

19

20

...

28 PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK,
   ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY
   PLAINTIFF TO MOTION TO TRANSFER ACTION TO UNITED
   STATES DISTRICT COURT, DISTRICT OF DELAWARE
   PURSUANT TO 28 U.S.C. § 1404(a)

G:\Data\DOCS\0395\03755\Reply-Mot-Trans-POS

**FORTE CAPITAL PARTNERS, LLC v. HARRIS CRAMER, LLP, et al.**
United States District Court, Northern District of California Case No. C07-01237 MJJ

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

1.  **REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO MOTION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)**

2.  **REPLY DECLARATION OF ALAN L. FRANK IN SUPPORT OF DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL'S. MOTION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)**

3.  **REPLY DECLARATION OF JEFFREY M. VUCINICH IN SUPPORT OF DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL'S. MOTION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Robert A. Spanner, Esq.<br>Trial & Technology Group<br>545 Middlefield Road, Suite 220<br>Menlo Park, CA 94025<br>Tel: (650) 324-2223<br>Fax: (650) 324-0178<br>*Attys for Plaintiff Forte Capital Partners, LLC* | Russell S. Roeca, Esq.<br>Edward D. Haas, Esq.<br>Daniel Hager, Esq.<br>**Roeca Haas Hager LLP**<br>180 Sutter Street, Suite 200<br>San Francisco, CA 94104<br>Tel: (415) 352-0980<br>Tel: (415) 901-4201 (Roeca direct)<br>Fax: (415)352-0988<br>e-mail: rroeca@r2hlaw.com<br>www.r2hlaw.com<br>*Atty for Defendants MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P., a partnership* |

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above

PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY PLAINTIFF TO MOTION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)

2

G:\Data\DOCS\0395\03755\Reply-Mot-Trans-POS

|   |   |
|---|---|
| 1 | documents, to the following: |

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF Pacer) I caused to be delivered by ECF Pacer this date each of the above documents, for which our office will maintain the ECF Pacer filing receipt, to the following:

Executed on April 23, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Claudia Gomez_

PROOF OF SERVICE ON REPLY BY DEFENDANTS FRANK,
ROSEN, SNYDER & MOSS, LLP ET AL. TO OPPOSITION BY
PLAINTIFF TO MOTION TO TRANSFER ACTION TO UNITED
STATES DISTRICT COURT, DISTRICT OF DELAWARE
PURSUANT TO 28 U.S.C. § 1404(a)     3

G:\Data\DOCS\0395\03755\Reply-Mot-Trans-POS