RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
DANIEL W. HAGER (State Bar # 121515)
ROECA HAAS HAGER LLP
180 Sutter Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants HARRIS CRAMER, L.L.P.
and MICHAEL D. HARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO)

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, L.L.P., a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07-01237 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 29, 2007               ROECA HAAS HAGER LLP


                                  By:      /S/
                                     Russell S. Roeca
                                     Attorneys for Defendants HARRIS
                                     CRAMER, L.L.P. and MICHAEL D.
                                     HARRIS

G:\Forte Capital\Pleadings\Rule 3-16 certification.doc

**Certification of Interested Entities or Parties**      **FORTE CAPITAL PARTNERS, L.L.C. v.
                                                            HARRIS CRAMER, L.L.P., et al,
                                                            Case No. C 07-01237 MJJ**