UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FORTE CAPITAL PARTNERS, LLC

        Plaintiff(s),

v.

HARRIS CRAMER, L.L.P. et al.

        Defendant(s).
_____/

Case No. C07-01237 MJJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

_____
[Party]

Dated: _____

_____
[Counsel]

SEE ATTACHMENT HERETO

## ATTACHMENT TO ADR CERTIFICATION BY PARTIES AND COUNSEL

Dated: May 29, 2007

_____
Robert A. Spanner, Esq.
Attorneys for Plaintiff FORTE CAPITAL
PARTNERS, LLC

Dated: May 29, 2007

_____
FORTE CAPITAL PARTNERS, LLC
Party

Dated: May ____, 2007

_____
Russell S. Roeca, Esq.
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P., a partnership

Dated: May ____, 2007

_____
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P.
Parties

Dated: May 24, 2007

_____
Jeffrey M. Vucinich, Esq.
Attorney for Defendants
ALAN L. FRANK; MARC H. SNYDER;
FRANK, ROSEN, SNYDER & MOSS LLP,
a limited partnership; and ALAN L. FRANK
LAW ASSOCIATES, P.C., a corporation

Dated: May ____, 2007

_____
ALAN L. FRANK; FRANK, ROSEN,
SNYDER & MOSS LLP, ALAN L. FRANK
LAW ASSOCIATES, P.C.
Parties

Dated: May ____, 2007

_____
MARC H. SNYDER
Party

d:\Data\DOCS\0395\03755\Attach-ADR-Cert.f

TOTAL P.003

TOTAL P.006

CLAPP, MORONEY, BELLAGAM Fax:650-989-5499        May 24 2007 01:15pm P006/006

## ATTACHMENT TO ADR CERTIFICATION BY PARTIES AND COUNSEL

Dated: May _____, 2007

_____
Robert A. Spanner, Esq.
Attorneys for Plaintiff FORTE CAPITAL
PARTNERS, LLC

Dated: May _____, 2007

_____
FORTE CAPITAL PARTNERS, LLC
Party

Dated: May 21, 2007

_____
Russell S. Roeca, Esq.
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P., a partnership

Dated: May 15, 2007

_____
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P.
Parties

Dated: May 24, 2007

_____
Jeffrey M. Vucinich, Esq.
Attorney for Defendants
ALAN L. FRANK; MARC H. SNYDER;
FRANK, ROSEN, SNYDER & MOSS LLP,
a limited partnership; and ALAN L. FRANK
LAW ASSOCIATES, P.C., a corporation

Dated: May _____, 2007

_____
ALAN L. FRANK; FRANK, ROSEN,
SNYDER & MOSS LLP, ALAN L. FRANK
LAW ASSOCIATES, P.C.
Parties

Dated: May _____, 2007

_____
MARC H. SNYDER
Party

G:\Data\DOCS\0395\03755\Attach-ADR-Certif

## ATTACHMENT TO ADR CERTIFICATION BY PARTIES AND COUNSEL

Dated: May _____, 2007

_____
Robert A. Spanner, Esq.
Attorneys for Plaintiff FORTE CAPITAL
PARTNERS, LLC

Dated: May _____, 2007

_____
FORTE CAPITAL PARTNERS, LLC
Party

Dated: May _____, 2007

_____
Russell S. Roeca, Esq.
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P., a partnership

Dated: May _____, 2007

_____
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P.
Parties

Dated: May 24, 2007

_____
Jeffrey M. Vucinich, Esq.
Attorney for Defendants
ALAN L. FRANK; MARC H. SNYDER;
FRANK, ROSEN, SNYDER & MOSS LLP,
a limited partnership; and ALAN L. FRANK
LAW ASSOCIATES, P.C., a corporation

Dated: May 30, 2007

_____
ALAN L. FRANK; FRANK, ROSEN,
SNYDER & MOSS LLP, ALAN L. FRANK
LAW ASSOCIATES, P.C.
Parties

Dated: May 30, 2007

_____
MARC H. SNYDER
Party

G:\Data\DOCS\0395\03755\Attach-ADR-Certif