1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   JOSHUA W. ROSE, ESQ. BAR#: 191024
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA  94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW
6  ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: C07-01237 MJJ<br><br>**DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP; ALAN L. FRANK LAW ASSOCIATES, P.C.; ALAN L. FRANK; & MARC H. SNYDER'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties herein, there are no such party, entity or individual interests to report.

DATED: June 4, 2007                CLAPP, MORONEY, BELLAGAMBA
                                   and VUCINICH
                                      */S/*
                                By: _____
                                   JEFFREY M. VUCINICH
                                   JOSHUA W. ROSE
                                   Attorneys for Defendants FRANK, ROSEN,
                                   SNYDER & MOSS, LLP; ALAN L. FRANK LAW
                                   ASSOCIATES, P.C., a corporation; ALAN L.
                                   FRANK and MARC H. SNYDER

**DEFENDANTS FRANK, ROSEN, SNYDER & MOSS, LLP; ALAN L. FRANK LAW ASSOCIATES, P.C.; ALAN L. FRANK; & MARC H. SNYDER'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**;  **CASE NO.: C07-01237 MJJ**

G:\Data\DOCS\0395\03755\cert-int-parties