UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FORTE CAPITAL PARTNERS, LLC

                Plaintiff(s),

        v.

HARRIS CRAMER, L.L.P. et al.

                Defendant(s).
_____/

CASE NO. C07-01237 MJJ

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation @ JAMS

The parties agree to hold the ADR session by:
    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ~~✓    other requested deadline 280 days from 6-12-07 eme~~

Dated:_____
                                        Attorney for Plaintiff

Dated:_____
                                        Attorney for Defendant

SEE ATTACHMENT HERETO

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    ~~✓ Mediation~~
    X    Private ADR  --- As requested on previous page.

Deadline for ADR session
    X    90 days from the date of this order.
    ~~✓ other 180 days from 6-12-07 cmc~~

IT IS SO ORDERED.

Dated: 6/1/2007                    *Martin J. Jenkins*

UNITED STATES ~~MAGISTRATE~~ JUDGE
                    DISTRICT

## ATTACHMENT TO STIPULATION SELECTING ADR

Dated: May 29, 2007

_____
Robert A. Spanner, Esq.
Attorney for Plaintiff FORTE CAPITAL
PARTNERS, LLC

Dated: May ____, 2007

_____
Russell S. Roeca, Esq.
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P., a partnership

Dated: May 24, 2007

_____
Jeffrey M. Vucinich, Esq.
Attorney for Defendants
ALAN L. FRANK; MARC H. SNYDER;
FRANK, ROSEN, SNYDER & MOSS LLP,
a limited partnership; and ALAN L. FRANK
LAW ASSOCIATES, P.C., a corporation

G:\Data\DOCS\0395\03755\Attach-ADR-Stip

## ATTACHMENT TO STIPULATION SELECTING ADR

Dated: May _____, 2007

_____
Robert A. Spanner, Esq.
Attorney for Plaintiff FORTE CAPITAL
PARTNERS, LLC

Dated: May 25, 2007

_____
Russell S. Roeca, Esq.
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P., a partnership

Dated: May 24, 2007

_____
Jeffrey M. Vucinich, Esq.
Attorney for Defendants
ALAN L. FRANK; MARC H. SNYDER;
FRANK, ROSEN, SNYDER & MOSS LLP,
a limited partnership; and ALAN L. FRANK
LAW ASSOCIATES, P.C., a corporation

G:\Data\DOCS\0395\03755\Attach-ADR-Stip