1 | Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
2 | A Professional Law Corporation
545 Middlefield Road, Suite 220
3 | Menlo Park, California 94025
Telephone:    (650) 324-2223
4 | Facsimile:    (650) 324-0178

5 | Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FORTE CAPITAL PARTNERS, LLC, | ) | Case No. C 07-01237 MJJ |
|---|---|---|
| Plaintiffs, | ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | ) | **Civ. L.R. 3-16(b)(3)** |
| HARRIS CRAMER, LLP, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 5, 2007        TRIAL & TECHNOLOGY LAW GROUP
                           A Professional Corporation
                           Attorneys for Plaintiff
                           FORTE CAPITAL PARTNERS, LLC


                           By: _____
                                    Robert A. Spanner

_____
Cert. of Interested Entities or Persons –
Case No. C 07-01237 MJJ                1