Case 4:07-cv-01237-SBA    Document 36    Filed 06/06/2007    Page 1 of 1
Case 3:07-cv-01237-MJJ    Document 35-2    Filed 06/05/2007    Page 1 of 2

1    Summary Judgment Motions Hearing deadline: February 18, 2009

2    Pre-trial Conference: May 18, 2009

3    Trial: July 6, 2009.

4    **18. Trial:** The trial will be by jury. The duration of the case will be 2-3 weeks.

5    **19. Disclosure of Non-Party Interested Entities:** Each party has filed a

6    certification in accordance with Civ. L.R. 3-16. No interested entities were identified.

Dated: June 5, 2007

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

By: _____
Robert A. Spanner

Dated: June 5, 2007

ROECA HAAS HAGER LLP
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P.

By: _____
Russell S. Roeca, Esq.

Dated: June 5, 2007

CLAPP, MORONEY, BELLAGAMBA & VUCINICH
Attorney for Defendants
ALAN L. FRANK, MARC H. SNYDER, FRANK, ROSEN, SNYDER & MOSS L.L.P., and ALAN L. FRANK LAW ASSOCIATES, P.C.

**JEFFREY M. VUCINICH**
By: _____
Jeffrey M. Vucinich, Esq.