CLAPP, MORONEY, BELLAGAM Fax:650-989-5499        Jun  6 2007 08:58am  P004/004
Case 4:07-cv-01237-SBA    Document 37    Filed 06/06/2007    Page 1 of 1
Case 3:07-cv-01237-MJJ    Document 35-2    Filed 06/05/2007    Page 1 of 2

1 | Summary Judgment Motions Hearing deadline: February 18, 2009

2 | Pre-trial Conference: May 18, 2009

3 | Trial: July 6, 2009.

4 | 18. Trial: The trial will be by jury. The duration of the case will be 2-3 weeks.

5 | 19. Disclosure of Non-Party Interested Entities: Each party has filed a

6 | certification in accordance with Civ. L.R. 3-16. No interested entities were identified.

Dated: June 5, 2007

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

By: _____
Robert A. Spanner

Dated: June 5, 2007

ROECA HAAS HAGER LLP
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS
CRAMER, L.L.P.

By: _____
Russell S. Roeca, Esq.

Dated: June 5, 2007

CLAPP, MORONEY, BELLAGAMBA &
VUCINICH
Attorney for Defendants
ALAN L. FRANK, MARC H. SNYDER,
FRANK, ROSEN, SNYDER & MOSS L.L.P.,
and ALAN L. FRANK LAW ASSOCIATES, P.C.

**JEFFREY M. VUCINICH**

By: _____
Jeffrey M. Vucinich, Esq.