UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-1237            MARTIN J. JENKINS           DATE June 12, 2007
Case Number                Judge

Title: FORTE CAPITAL PARTNERS    vs HARRIS CRAMMER, LLP, et al.

Attorneys: ROBERT SPANNER           EDWARD HAAS, JEFFREY VUCINICH

Deputy Clerk: T. De Martini    Court Reporter: not reported

Court   Pltf's   Deft's
(XXX)   (  )     (  )   1. Initial Case Management Conference - Held

(  )    (  )     (  )   2. _____

(  )    (  )     (  )   3. _____

(  )    (  )     (  )   4. _____

(  )    (  )     (  )   5. _____

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 5/30/08    Pretrial Statements Due _____

Case Continued to 10/21/08 @ 3:30 P.M.    for Pretrial Conference

Case Continued to 11/3/08 @ 8:30 A.M.     for 2-3 Day Jury Trial

Case Continued to 1/8/08 @ 2:00 P.M. for Further Status Conference to
                                    Discuss Discovery

Case Continued to 9/16/08 @ 9:30 A.M.  for Motions

ORDERED AFTER HEARING: Parties to Complete Mediation by September 2007. A Settlement Conference shall be held before Magistrate Judge Bernard Zimmerman to take place October 2008.

cc: Ed, Wings