1  RUSSELL S. ROECA (State Bar # 97297)
   EDWARD D. HAAS (State Bar # 76647)
2  DANIEL W. HAGER (State Bar # 121515)
   ROECA HAAS HAGER LLP
3  351 California Street, Suite 900
   San Francisco, CA 94104
4  Telephone: (415) 352-0980
   Facsimile:  (415) 352-0988
5
   Attorneys for Defendants HARRIS CRAMER, L.L.P.
6  and MICHAEL D. HARRIS

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **(SAN FRANCISCO)**

11 | FORTE CAPITAL PARTNERS, LLC | Case No. C 07-01237 MJJ |
12 |        Plaintiff,           |                         |
                                 | **NOTICE OF CHANGE OF ADDRESS** |
13 |        vs.                  |                         |
14 | HARRIS CRAMER, L.L.P., a partnership;
   | MICHAEL D. HARRIS; FRANK, ROSEN,
15 | SNYDER & MOSS, L.L.P., a limited
   | partnership; ALAN L. FRANK LAW
16 | ASSOCIATES, P.C., a corporation; ALAN
   | L. FRANK; MARC H. SNYDER; and
17 | DOES 1-50, inclusive,
18 |        Defendants.

19

20        PLEASE TAKE NOTICE that effective December 8, 2007 the new address of Roeca

21 Haas Hager LLP is 351 California Street, Suite 900, San Francisco, CA 94104.  The telephone

22 number is (415) 352-0980.  The facsimile number is (415) 352-0988.

23

24 Dated:  May 17, 2007                       ROECA HAAS HAGER LLP

25

26                                            By:      /S/
                                                   Russell S. Roeca
27                                                 Attorneys for Defendants HARRIS
                                                   CRAMER, L.L.P. and MICHAEL D.
28                                                 HARRIS

**NOTICE OF CHANGE OF ADDRESS**          **FORTE CAPITAL PARTNERS, L.L.C. v.
                                          HARRIS CRAMER, L.L.P., et al,
                                          Case No. C 07-01237 MJJ**

(Left margin: Roeca Haas Hager LLP, 351 California Street, Suite 900, San Francisco, CA 94104, 415.352.0980 Fax 415.352.0988)