Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178
Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

Russell S. Roeca, Esq. State Bar No. 97297
Edward D. Haas, Esq., State Bar # 76647
ROECA HAAS HAGER LLP
351 California Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 352-0980
Facsimile:    (415) 352-0988
Attorney for Defendants
MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P.

Jeffrey M. Vucinich, Esq.  State Bar No. 67906
Joshua W. Rose, Esq. State Bar No. 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
Telephone:    (650) 989-5400
Facsimile:    (650) 989-5499
Attorneys for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., ALAN L. FRANK and MARC H. SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC,<br><br>           Plaintiffs,<br><br>    vs.<br><br>HARRIS CRAMER, LLP, *et al.*,<br><br>           Defendants.<br>_____ | Case No.  C 07-01237 MJJ<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  January 8, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom 11, 19th Floor<br>         U.S. District Court, Northern District<br>         of California<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br>Judge: Hon. Martin J. Jenkins |

Joint CMC Statement– Case No. C 07-01237 MJJ          1

Pursuant to Civil L.R. 16-10(d), Plaintiff Forte Capital Partners, LLC and Defendants Harris Cramer, L.L.P.; Michael D. Harris; Frank, Rosen, Snyder & Moss, L.L.P.; Alan L. Frank Law Associates, P.C.; Alan L. Frank; and Marc H. Snyder submit this subsequent Joint Case Management Statement.

1. **Progress or Changes Since The Last Case Management Statement Was Filed:** The parties filed their initial Joint Case Management Statement on June 5, 2007. Subsequently, the parties have commenced discovery. They have propounded and responded to interrogatories and requests for production, produced documents. Plaintiff has served and negotiated subpoenas duces tecum with two third parties, and has served the defendants with an additional three third-party subpoenas. More than fifty thousand pages of documents have been exchanged. The deposition of Plaintiff and its employees is scheduled, as is the deposition of two third-party witnesses

The parties were ordered to ADR, and they completed mediation September 19, 2007. The parties were unable to resolve the matter through mediation, and it is the parties' contention that further ADR would not be appropriate until a later date.

2**. Proposals For Remainder of Case Development Process**:   Plaintiff may seek leave of court to increase the number of depositions due to the number of persons who may have to be deposed at third-party uVuMobile (formerly SmartVideo Inc.), but will seek to negotiate that matter with the defendants first. Plaintiff also may seek to increase the number of experts from three to four, but the parties are in discussions as to that matter as well. Defendants intend to seek additional document requests, and are in discussions with Plaintiff regarding that issue.

Joint CMC Statement– Case No. C 07-01237 MJJ        2

| | | |
|---|---|---|
| 1 | Dated: January 4, 2008 | TRIAL & TECHNOLOGY LAW GROUP<br>A Professional Corporation<br>Attorneys for Plaintiff<br>FORTE CAPITAL PARTNERS, LLC |
| | | By: _____<br>       Robert A. Spanner |
| 7 | Dated: January 4, 2008 | ROECA HAAS HAGER LLP<br>Attorney for Defendants<br>MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P. |
| | | By: _____<br>       Edward D. Haas, Esq. |
| 12 | Dated: January 4, 2008 | CLAPP, MORONEY, BELLAGAMBA & VUCINICH<br>Attorney for Defendants<br>ALAN L. FRANK, MARC H. SNYDER, FRANK, ROSEN, SNYDER & MOSS L.L.P., and ALAN L. FRANK LAW ASSOCIATES, P.C. |
| | | By: _____<br>       Joshua Rose, Esq. |

_____

Joint CMC Statement– Case No. C 07-01237 MJJ       3

| | | |
|---|---|---|
| 1 | Dated: January 4, 2008 | TRIAL & TECHNOLOGY LAW GROUP<br>A Professional Corporation<br>Attorneys for Plaintiff<br>FORTE CAPITAL PARTNERS, LLC |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Robert A. Spanner |
| 5 | | |
| 6 | | |
| 7 | Dated: January 4, 2008 | ROECA HAAS HAGER LLP<br>Attorney for Defendants<br>MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P. |
| 8 | | |
| 9 | | |
| 10 | | By: _____<br>Edward D. Haas, Esq. |
| 11 | | |
| 12 | Dated: January 4, 2008 | CLAPP, MORONEY, BELLAGAMBA & VUCINICH<br>Attorney for Defendants<br>ALAN L. FRANK, MARC H. SNYDER, FRANK, ROSEN, SNYDER & MOSS L.L.P., and ALAN L. FRANK LAW ASSOCIATES, P.C. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | By: _____<br>Joshua Rose, Esq. |
| 17 | | |

```
 1   Dated: January 4, 2008              TRIAL & TECHNOLOGY LAW GROUP
                                         A Professional Corporation
 2                                       Attorneys for Plaintiff
                                         FORTE CAPITAL PARTNERS, LLC
 3

 4
                                         By: _____
 5                                              Robert A. Spanner

 6

 7   Dated: January 4, 2008              ROECA HAAS HAGER LLP
                                         Attorney for Defendants
 8                                       MICHAEL D. HARRIS and HARRIS
                                         CRAMER, L.L.P.
 9

10
                                         By: _____
11                                              Edward D. Haas, Esq.

12
     Dated: January 4, 2008              CLAPP, MORONEY, BELLAGAMBA &
13                                       VUCINICH
                                         Attorney for Defendants
14                                       ALAN L. FRANK, MARC H. SNYDER,
                                         FRANK, ROSEN, SNYDER & MOSS L.L.P.,
15                                       and ALAN L. FRANK LAW ASSOCIATES, P.C.

16
                                         By: _____
17                                              Joshua Rose, Esq.
```

| | | |
|---|---|---|
| 1 | Dated: January 4, 2008 | TRIAL & TECHNOLOGY LAW GROUP<br>A Professional Corporation<br>Attorneys for Plaintiff<br>FORTE CAPITAL PARTNERS, LLC |
| 4 | | By: _____<br>Robert A. Spanner |
| 7 | Dated: January 4, 2008 | ROECA HAAS HAGER LLP<br>Attorney for Defendants<br>MICHAEL D. HARRIS and HARRIS<br>CRAMER, L.L.P. |
| 10 | | By: _____<br>Edward D. Haas, Esq. |
| 12 | Dated: January 4, 2008 | CLAPP, MORONEY, BELLAGAMBA &<br>VUCINICH<br>Attorney for Defendants<br>ALAN L. FRANK, MARC H. SNYDER,<br>FRANK, ROSEN, SNYDER & MOSS L.L.P.,<br>and ALAN L. FRANK LAW ASSOCIATES, P.C. |
| 16 | | By: _____<br>Joshua Rose, Esq. |

Joint CMC Statement– Case No. C 07-01237 MJJ        3