IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

DATE: **January 15, 2008**     [**3:05pm - 3:12pm**]     Court reporter: **Not reported**

Case Number:     **C07-01237 MJJ**

Case Name:     **FORTE CAPITAL PARTNERS**     v.     **HARRIS CRAMER**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Robert Spanner | Edward Haas, Patrick Co |

TYPE OF HEARING:     Further Status Conference

MOTIONS PROCEEDINGS:                              RULING:
1.

ORDERED AFTER HEARING:
- 

ORDER TO BE PREPARED BY:   Plntf ()   Deft ()   Joint ()   Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:   **May 20, 2008 at 1:45 pm**     for     **Further Telephone Conference (Plaintiff shall initiate call)**

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:   at 8:30 a.m.     Set for  days
              Type of Trial:   ()Jury     ( )Court

Notes:     **Discovery, experts, and dispositive motions issues shall be discussed at next conference.**