UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 3/13/08

C-07-01237 SBA       **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:** FORTE CAPITAL PARTNERS, LLC vs. HARRIS CRAMER LLP ET AL

**Atty.:** ROBERT SPANNER       JOSHUA ROSE

                                EDWARD HAAS

**Deputy Clerk:** Lisa R. Clark       **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
            ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at  p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off 9/30/08   Expert Discovery Cut-off 11/21/08
Plft to name Experts by 10/14/08   Deft to name Experts by 10/14/08
All Dispositive Motions to be heard by ( Motion Cut-off) 1/13/09
Case Continued to 2/24/09 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 2/3/09   Motions in limine/objections to evidence due 2/10/09
Responses to motions in limine and/or responses to objections to evidence due 2/17/09
Case Continued to 3/9/09 for Trial(Court/**Jury:** 8   Days) at 8:30 a.m.
( X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 1/14-1/30/09
BEFORE A MAGISTRATE JUDGE                               cc: WINGS HOM VIA FAX