1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                    )
11                                    )
     FORTE CAPITAL PARTNERS, LLC,     )     No. C07-1237 SBA (BZ)
12                                    )
              Plaintiff(s),           )     **ORDER SCHEDULING**
13                                    )     **SETTLEMENT CONFERENCE**
                                      )
14                                    )
         v.                           )
15                                    )
                                      )
16   HARRIS CRAMER LLP, et al.,       )
                                      )
17                                    )
              Defendant(s).           )
18   _____)

19
20        The above matter was referred to Magistrate Judge Bernard

21   Zimmerman for settlement purposes.

22        You are hereby notified that a settlement conference is

23   scheduled for **Friday, January 30, 2009 at 3:00 p.m.**, in

24   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

     Avenue, San Francisco, California 94102.
25
          It is the responsibility of counsel to ensure that whatever
26
     discovery is needed for all sides to evaluate the case for
27
     settlement purposes is completed by the date of the settlement
28
     conference. Counsel shall cooperate in providing discovery

                                      1

1   informally and expeditiously.

2       Lead trial counsel shall appear at the Settlement

3   Conference with the parties.  Any party who is not a natural

4   person shall be represented by the person or persons **not**

5   **directly involved** in the events which gave rise to the

6   litigation but with **full** authority to negotiate a settlement.  A

7   person who needs to call another person not present before

8   accepting, rejecting or making any settlement offer does not

9   have full authority.  If a party is a governmental entity, its

10  governing body shall designate one of its members or a senior

11  executive to appear at the Settlement Conference with authority

12  to participate in the Settlement Conference and, if a tentative

13  settlement agreement is reached, to recommend the agreement to

14  the governmental entity for its approval.  An insured party

15  shall appear with a representative of the carrier with full

16  authority to negotiate up to the limits of coverage.  The Court

17  shall be notified immediately if the carrier declines to attend.

18  Personal attendance of a party representative will rarely be

19  excused by the Court, and then only upon separate written

20  application demonstrating substantial hardship served on

21  opposing counsel and lodged as early as the basis for the

22  hardship is known.

23      Each party shall prepare a Settlement Conference Statement,

24  which must be served on opposing counsel and lodged (not faxed)

25  with my chambers no later than seven calendar days prior to the

26  conference.  The Statement shall **not** be filed with the Clerk of

27  the Court.  The Statement **may** be submitted on CD-ROM with

28  hypertext links to exhibits.  Otherwise, the portion of exhibits

1   on which the party relies **shall** be highlighted.  The Settlement

2   Conference Statement shall not exceed ten pages of text and

3   twenty pages of exhibits and shall include the following:

4       1.   A brief statement of the facts of the case.

5       2.   A brief statement of the claims and defenses

6   including, but not limited to, statutory or other grounds upon

7   which the claims are founded.

8       3.   A summary of the proceedings to date and any pending

9   motions.

10      4.   An estimate of the cost and time to be expended for

11  further discovery, pretrial and trial.

12      5.   For any party seeking relief, a description of the

13  relief sought, including an itemization of damages.

14      6.   The parties' position on settlement, including present

15  demands and offers and a history of past settlement discussions.

16  The Court's time can best be used to assist the parties in

17  completing their negotiations, not in starting them.

18  Accordingly, plaintiff must serve a demand in writing no later

19  than fourteen days before the conference and defendant must

20  respond in writing no later than eight days before the

21  conference.  If plaintiff seeks attorney's fees and costs,

22  plaintiff's counsel shall either include the fee claim in the

23  demand or make a separate, simultaneous demand for fees and

24  costs.  Counsel shall be prepared at the conference to provide

25  sufficient information to defendant to enable the fee claim to

26  be evaluated for purposes of settlement.  The parties are urged

27  to carefully evaluate their case before taking a settlement

28  position since extreme positions hinder the settlement process.

1    Along with the Statement each party shall lodge with the

2    court a document of no more than three pages containing a **candid**

3    evaluation of the parties' likelihood of prevailing on the

4    claims and defenses, and any other information that party wishes

5    not to share with opposing counsel.  The more candid the parties

6    are, the more productive the conference will be.  This document

7    shall not be served on opposing counsel.

8    It is not unusual for conferences to last three or more

9    hours.  Parties are encouraged to participate and frankly

10   discuss their case.  Statements they make during the conference

11   will not be admissible at trial in the event the case does not

12   settle.  The parties should be prepared to discuss such issues

13   as:

14   1. Their settlement objectives.

15   2. Any impediments to settlement they perceive.

16   3. Whether they have enough information to discuss

17   settlement.  If not, what additional information is needed.

18   4. The possibility of a creative resolution of the dispute.

19   The parties shall notify Magistrate Judge Zimmerman's

20   chambers immediately if this case settles prior to the date set

21   for settlement conference.  Counsel shall provide a copy of this

22   order to each party who will participate in the conference.

23   Dated: March 31, 2008

24

25                              Bernard Zimmerman
                               United States Magistrate Judge
26

27

28

                                    4