UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>HARRIS CRAMER LLP, et al.,<br><br>　　　　Defendant(s). | No. C07-1237 SBA (BZ)<br><br>**CLERK'S NOTICE VACATING PREVIOUS SETTLEMENT CONFERENCE DATE** |

**PLEASE TAKE NOTICE** that the settlement conference previously scheduled for October 30, 2008 at 9:00 a.m. is **VACATED**. This case has been reassigned to Judge Armstrong and is no longer assigned to Judge Jenkins. Therefore Judge Zimmerman has rescheduled it to meet with the schedule outlined in Judge Armstrong's minute order dated 3/13/2008. The settlement conference is scheduled for **Friday, January 30, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Counsel shall comply with Judge Zimmerman's Amended Order Scheduling

1  Settlement Conference electronically filed on 3/31/2008, docket
2  no. 57.
3  Dated: April 2, 2008
4
5  _____*Rose Maher*_____
6  Rose Maher - Deputy Clerk to
   Magistrate Judge Bernard Zimmerman
7
8  g:\bzall\-refs\refs.08\forte capital.clerks notice re sc.wpd