1

Robert A. Spanner, Esq., State Bar No. 60308
Andrew R. Kislik, Esq., Of Counsel, SBN 118772

2

TRIAL & TECHNOLOGY LAW GROUP

3

A Professional Law Corporation
545 Middlefield Road, Suite 220

4

Menlo Park, California 94025
Telephone:     (650) 324-2223

5

Facsimile:     (650) 324-0178

6

Attorneys for Plaintiff

7

FORTE CAPITAL PARTNERS, LLC

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

FORTE CAPITAL PARTNERS, LLC,          )    Case No.  C 07-01237 SBA
                                      )
12

                  Plaintiff,          )    **NOTICE OF MOTION AND**
                                      )    **MOTION TO CONTINUE**
13

          vs.                         )    **DISCOVERY CUT-OFF DATE FOR**
                                      )    **THE PRODUCTION OF**
14

HARRIS CRAMER, LLP, *et al.*,         )    **DOCUMENTS AND/OR**
                                      )    **INFORMATION THAT IS THE**
15

                  Defendants.         )    **SUBJECT OF PLAINTIFF'S**
                                      )    **MOTION TO COMPEL, AND FOR**
16

_____ )  **DEPOSITIONS RELATING TO**

17

**SUCH DOCUMENTS AND/OR**

18

**INFORMATION; MEMORANDUM**
**OF POINTS AND AUTHORITIES;**

19

**DECLARATION OF SUSAN KALRA**

20

Date:   October 7, 2008

21

Time:  1:00 p.m.
Courtroom 3, 3rd Floor

22

Hon. Saundra B. Armstrong

23

24

          TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25

          PLEASE TAKE NOTICE THAT Plaintiff Forte Capital Partners, LLC

26

("Plaintiff") will appear before the Honorable Saundra B. Armstrong at the United States

27

28

Mot. To Continue Disc. Cutoff–
Case No. C 07-01237 SBA                      1

1    District Court, 1301 Clay Street, Oakland, CA on October 7, 2008 at 1:00 p.m. or as soon

2    thereafter as the matter can be heard, and will move and hereby and hereby do move for

3    an order continuing the discovery cut-off date in this action from September 30, 2008, to

4    October 31, 2008, for the sole purpose of permitting time for: (1) the production of

5    documents and/or information that this Court orders to be produced pursuant to Plaintiff's

6    motion to compel Defendants Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law

7    Associates, P.C., Alan L. Frank and Marc H. Snyder (the "Frank Rosen Defendants") to

8    produce documents and/or to identify, by Bates number and file name, the attachments

9    that correspond to the emails produced by the Frank Rosen Defendants to Plaintiff; and (2)

10    depositions of the Frank Rosen Defendants that relate to such documents and/or

11    information.

12        This motion is made on the ground that the Frank Rosen Defendants failed to

13    produce documents to Plaintiff in compliance with Fed.R.Civ.P. 34(b)(2)(E), as explained

14    in greater detail in the Motion to Compel concurrently filed by Plaintiff, and Plaintiff will

15    not be able to obtain production of documents that the Court orders produced, and will not

16    be able to take depositions of the Frank Rosen Defendants relating to these documents (or

17    the related information requested in the alternative), unless the discovery deadline in this

18    action is extended from September 30, 2008 to October 31, 2008, to permit such

19    discovery.  The requested one-month extension of discovery, limited to these matters, will

20    not affect the trial date of March 9, 2009, or any other deadline in this action.

21        This motion is based on this Notice, the accompanying memorandum of points and

22    authorities, the accompanying declaration and exhibits, and the other pleadings and

23    records on file in this action.

1  Dated: August 26, 2008                TRIAL & TECHNOLOGY LAW GROUP
2                                         A Professional Corporation
                                          Attorneys for Plaintiff
3                                         FORTE CAPITAL PARTNERS, LLC

4

5                                         By: _____
6                                                 Robert A. Spanner

7          **MEMORANDUM OF POINTS AND AUTHORITIES**

8          As explained in detail in Plaintiff's Motion to Compel, Defendants Frank, Rosen,

9   Snyder & Moss, LLP, Alan L. Frank Law Associates, P.C., Alan L. Frank and Marc H.

10  Snyder (the "Frank Rosen Defendants") have produced tens of thousands of pages of

11  electronically stored information to Plaintiff, but have failed to produce such documents in
12

13  a manner that enables identification of which attachments (if any) accompany which

14  emails, as required by Fed.R.Civ.P.  34(b)(2)(E).  As a result, Plaintiff, which is about to

15  take the depositions of the Frank Rosen Defendants (Declaration of Susan Kalra, ¶2), has

16  been deprived of the ability to ask about attachments to the documents that the Frank

17  Rosen Defendants produced.
18

19         As described in Plaintiff's Motion to Compel and the declarations submitted

20  therewith, all efforts to resolve this matter without the necessity of court intervention have

21  failed.  The motion to compel cannot be heard until such time as a Magistrate assigned to

22  this case may be available to hear it, pursuant to this Court's Scheduling Instructions,

23  which may be after both the discovery cut-off and the taking of the Frank Rosen

24  Accordingly, an extension of the discovery deadline of September 30, 2008 is required to
25

26  permit the production of documents pursuant to Plaintiff's Motion to Compel, and to

27

28  _____
    Mot. To Continue Disc. Cutoff–
    Case No. C 07-01237 SBA                    3

1  enable Plaintiff to depose the Frank Rosen Defendants about the attachments to the Frank

2  Rosen documents.

3        Plaintiff has conferred with counsel for all other parties (the attorneys for all of the

4

5  defendants) in an attempt to reach agreement about this matter by stipulation to the relief

6  requested by Plaintiff, but counsel for all defendants have opposed the request.

7  (Declaration of Susan Kalra, ¶¶3-4 & Exhs. A and B.)

8        This Court has the power and authority to extend the discovery cut-off for good

9  cause.  Fed.R.Civ.P. 16(b)(4).  The Frank Rosen Defendants' failure to comply with

10

11  Fed.R.Civ.P. 34(b)(2)(E), and the absence of any prejudice to defendants or effect on the

12  trial date, provide good cause for granting Plaintiff's requested month-long extension of

13  discovery for limited purposes.

14  Dated: August 26, 2008              Respectfully submitted,

15                                      TRIAL & TECHNOLOGY LAW GROUP
                                        A Professional Corporation
16                                      Attorneys for Plaintiff
17                                      FORTE CAPITAL PARTNERS, LLC

18

19                                      By: _____
20                                           Robert A. Spanner

21

22

23

24

25

26

27

28  _____
    Mot. To Continue Disc. Cutoff–
    Case No. C 07-01237 SBA              4