Robert A. Spanner, Esq., State Bar No. 60308
Andrew R. Kislik, Esq., Of Counsel, SBN 118772
Susan Kalra, Esq., State Bar No. 167940
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | Case No. C 07-01237 SBA |
| Plaintiff, | **DECLARATION OF SUSAN KALRA IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE DISCOVERY CUT-OFF DATE FOR THE PRODUCTION OF DOCUMENTS AND/OR INFORMATION THAT IS THE SUBJECT OF PLAINTIFF'S MOTION TO COMPEL, AND FOR DEPOSITIONS RELATING TO SUCH DOCUMENTS AND/OR INFORMATION** |
| vs. | |
| HARRIS CRAMER, LLP, *et al.*, | |
| Defendants. | |
| | Date:   October 7, 2008<br>Time:   1:00 p.m.<br>Courtroom 3, 3rd Floor<br>Hon. Saundra B. Armstrong |

Susan Kalra states and declares as follows:

1.    I am an attorney licensed to practice law in the State of California. I am employed by Trial & Technology Law Group, a Professional Corporation, counsel for Plaintiff Forte Capital Partners, LLC. This declaration is made on personal knowledge.

---
Kalra Dec. In Suppt of Mot. To Continue Disc.
Cutoff – Case No. C 07-01237 SBA             1

2. Plaintiff is scheduled to take F.R. Civ. P. 30(b)(6) depositions of Defendants Frank, Rosen, Snyder & Moss, LLP and Alan L. Frank Law Associates, P.C., and the deposition of Alan L. Frank commencing August 27, 2008.

3. Attached hereto as Exhibit A is a true and correct copy of a letter (without exhibits) I sent to Lindsay Steele, Esq., counsel for Defendants Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law Associates, P.C., Alan L. Frank and Marc H. Snyder on or about the date it bears. Ms. Steele informed me that the Alan Frank Defendants are not willing to stipulate to extend the discovery cut-off.

4. Attached hereto as Exhibit B is a true and correct copy of a letter I sent to counsel for Harris Cramer, LLP and Michael Harris on or about the date it bears. I have not received a response to this letter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 26, 2008.

_____
Susan Kalra

# EXHIBIT A

545 MIDDLEFIELD ROAD  
SUITE 220  
MENLO PARK, CALIFORNIA 94025



**TRIAL & TECHNOLOGY LAW GROUP**
A PROFESSIONAL CORPORATION

TELEPHONE: (650) 324-2223  
FACSIMILE: (650) 324-0178  
URL: WWW.TECHTRIALLAW.COM  
E-MAIL: INFO@TECHTRIALLAW.COM

August 25, 2008

<u>VIA TELECOPIER</u>  
989-5499

Lindsay A. Steele, Esq.  
Clapp, Moroney, Bellagamba & Vucinich  
1111 Bayhill Drive, Suite 300  
San Bruno, CA 94066

  Re: Forte Capital Partners, LLC, et al. v. Harris Cramer, et al.

Dear Ms. Steele:

  During our conversation on August 21, 2008 regarding Plaintiff's inability to match up the emails with their attachments on the two DVD-ROMs produced by your client, you raised the possibility that your firm might identify for Plaintiff what the attachments to emails might be if Plaintiff were to identify for you the emails in question. That proposal is unacceptable to Plaintiff for the simple reason that Plaintiff cannot determine by looking at the emails produced by your clients whether or not the emails have one or more attachments associated with them.

  For instance, if you look at emails produced by the Harris Cramer Defendants (an example of which is attached as "Exhibit A"), you will note that the header of the email indicates that there is an attachment to the email ("Attach: Demand letter - Board.doc"), and emails produced by Plaintiff (an example of which is attached as "Exhibit B") contains both information in the header ("Attached: FP - SMVD Financial Consulting 061405.pdf") and an icon in the body of the email indicating that there is an attachment to the email. The emails produced by the Frank Rosen Defendants (such as the email attached as "Exhibit C") do not contain any such information.

  Please advise immediately whether your client will produce all of the emails together with their attachments.

  In addition, to permit sufficient time for the hearing of Plaintiff's motion to compel and, should the Court grant Plaintiff's motion, sufficient time for you to comply with the Court's order, we seek a stipulation to a 30-day extension of the fact discovery cut-off date, and a 30-day extension of time to depose defendants regarding the emails and their attachments. Please advise

**TRIAL & TECHNOLOGY LAW GROUP**
A PROFESSIONAL CORPORATION

Lindsay Steele, Esq.
August 25, 2008
Page 2

immediately whether you will agree to a stipulation.

Very truly yours,

*[signature]*

Susan Kalra

SQK:sk
8108251

Encl.

# EXHIBIT B

545 MIDDLEFIELD ROAD
SUITE 220
MENLO PARK, CALIFORNIA 94025


TRIAL &
TECHNOLOGY
LAW GROUP
A PROFESSIONAL CORPORATION

TELEPHONE: (650) 324-2223
FACSIMILE: (650) 324-0178
URL: WWW.TECHTRIALLAW.COM
E-MAIL: INFO@TECHTRIALLAW.COM

August 25, 2008

<u>VIA TELECOPIER</u>
(415) 352-0988

Edward D. Haas, Esq.
Roeca Haas Hager, LLP
351 California Street, Suite 900
San Francisco, CA 94104

Re:   **Forte Capital Partners, LLC, et al. v. Harris Cramer, et al.**

Dear Mr. Haas:

On the DVD-ROMs produced by the Frank Rosen Defendants, we are unable to match up the emails with their attachments. We have been unable to reach a resolution with counsel for the Frank Rosen Defendants on that issue and, accordingly, we will be filing a motion to compel shortly so that the motion can be heard before the discovery cutoff date.

To permit sufficient time for the hearing of Plaintiff's motion to compel and, should the Court grant Plaintiff's motion, sufficient time for the Frank Rosen Defendants to comply with the Court's order, we seek a stipulation to a 30-day extension of the fact discovery cut-off date, and a 30-day extension of time to depose defendants regarding the emails and their attachments. Please advise immediately whether or not you will agree to such a stipulation.

Very truly yours,

Susan Kalra

SQK:sk
8108252

*************** -COMM. JOURNAL- ******************* DATE AUG-25-2008 ***** TIME 14:16 ********

MODE = MEMORY TRANSMISSION START=AUG-25 14:15 END=AUG-25 14:16

FILE NO.=159

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|
| 001 | OK | ¤14153520988 | 002/002 | 00:00:28 |

-TRIAL & TECH LAW GROUP -

***** UF-8000 v2 ****************** - - ***** - 650 324 0178- *********

545 Middlefield Road
Suite 220
Menlo Park, California 94025

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation

Telephone: (650) 324-2223
Facsimile: (650) 324-0178
URL: www.techtriallaw.com
E-Mail: info@techtriallaw.com

## FAX COVER PAGE

TO: Edward Haas, Esq

FAX NO.: (408) (415) (650) 352 - 0988

C.C.:

FROM: [redacted]O, Susan Kalra, Esq

TIME: 2:20 AM/PM

DATE: August 25, 2008

TOTAL NUMBER OF PAGES (including this cover page): 2

If you do not receive the total number of pages, please call: (650) 324-2223.

**********************************************************************************

MESSAGE:

**********************************************************************************
********

This FAX is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original FAX to us at the above address by U.S. mail. Thank you.