1  Robert A. Spanner, Esq., State Bar No. 60308
2  Andrew R. Kislik, Esq., Of Counsel, SBN 118772
   TRIAL & TECHNOLOGY LAW GROUP
3  A Professional Law Corporation
   545 Middlefield Road, Suite 220
4  Menlo Park, California 94025
   Telephone:    (650) 324-2223
5  Facsimile:    (650) 324-0178

6  Attorneys for Plaintiff
7  FORTE CAPITAL PARTNERS, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  FORTE CAPITAL PARTNERS, LLC,      )  Case No. C 07-01237 SBA
                                       )
12           Plaintiff,                )  **[PROPOSED] ORDER GRANTING**
                                       )  **PLAINTIFF'S MOTION TO**
13       vs.                           )  **CONTINUE DISCOVERY CUT-OFF**
                                       )  **DATE FOR THE PRODUCTION OF**
14  HARRIS CRAMER, LLP, *et al.*,      )  **DOCUMENTS AND/OR**
                                       )  **INFORMATION THAT IS THE**
15                                     )  **SUBJECT OF PLAINTIFF'S**
             Defendants.               )  **MOTION TO COMPEL, AND FOR**
16  _____)  **DEPOSITIONS RELATING TO**
                                          **SUCH DOCUMENTS AND/OR**
17                                        **INFORMATION**
18

19
20
21
22       Hearing on Plaintiff Forte Capital Partners, LLC's Motion to Continue Discovery
23  Cut-off Date for the Production of Documents And/or Information That Is the Subject of
24  Plaintiff's Motion to Compel, and for Depositions Relating to Such Documents And/or
25  Information ("Motion") came on before the Court on October 7, 2008.  Robert A.
26  Spanner, Esq. of Trial & Technology Law Group appeared on behalf of Plaintiff, Jeffrey
27
28  _____
    Order Granting Mot. To Continue Disc. Cutoff–
    Case No. C 07-01237 SBA                        1

1  Vucinich of Clapp, Moroney, Belagamba & Vucinich appeared for Defendants Frank,
2  Rosen, Snyder & Moss, LLP, Alan L. Frank Law Associates, P.C., Alan L. Frank and
3  Marc H. Snyder (the "Frank Rosen Defendants"), and Russell Roeca of Roeca Haas
4  Hager, LLP appeared on behalf of Harris Cramer, LLP and Michael Harris.
5  
6    After consideration of the briefs filed by the parties, the files and records in this
7  case and all matters judicially noticeable therefrom, and the arguments presented by
8  counsel at the hearing and good cause appearing, IT IS HEREBY ORDERED THAT:
9    Plaintiff's Motion is GRANTED.  The discovery cutoff in the above-captioned
10 case is extended to October 31, 2008 permitting time for: (1) the production of documents
11 and/or information that this Court orders to be produced pursuant to Plaintiff's motion to
12 compel Defendants Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law Associates,
13 P.C., Alan L. Frank and Marc H. Snyder (the "Frank Rosen Defendants") to produce
14 documents and/or to identify, by Bates number and file name, the attachments that
15 correspond to the emails produced by the Frank Rosen Defendants to Plaintiff; and (2)
16 depositions of the Frank Rosen Defendants that relate to such documents and/or
17 information.
18   IT IS SO ORDERED.
19 
20 
21 Dated: _____  _____
22                                                                        UNITED STATES DISTRICT COURT JUDGE

---

Order Granting Mot. To Continue Disc. Cutoff–
Case No. C 07-01237 SBA                    2