Robert A. Spanner, Esq., State Bar No. 60308
Susan Kalra, Esq., State Bar No. 167940
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:   (650) 324-2223
Facsimile:   (650) 324-0178

Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | Case No. C 07-01237 SBA |
| Plaintiffs, | **DECLARATION OF ROBERT A. SPANNER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FRANK ROSEN DEFENDANTS TO PRODUCE EMAILS TOGETHER WITH ATTACHMENTS OR, IN THE ALTERNATIVE, FOR IDENTIFICATION OF EMAILS AND ATTACHMENTS** |
| vs. | |
| HARRIS CRAMER, LLP, *et al.*, | |
| Defendants. | |
| | Date: _____<br>Time: _____ |

Robert A. Spanner states and declares as follows:

1.   I am a principal of Trial & Technology Law Group, counsel for Plaintiff Forte Capital Partners, LLC ("Plaintiff"). This declaration is made on personal knowledge.

_____
Spanner Dec. In Suppt of Mot. To Compel
Production– Case No. C 07-01237 SBA           1

2. Attached hereto as Exhibit L is a true and correct copy of an email I sent to counsel for Defendants Alan L. Frank, Marc H. Snyder, Frank Rosen Snyder & Moss, LLP, and Alan L. Frank Law Associates, P.C. on or about August 23, 2008. I have not received a response to this email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 26, 2008.

_____
Robert A. Spanner

---
Spanner Dec. In Suppt of Mot. To Compel
Production– Case No. C 07-01237 SBA        2

# EXHIBIT L

Susan Q. Kalra

**From:** Robert A. Spanner
**Sent:** Saturday, August 23, 2008 4:01 PM
**To:** 'Jeffrey Vucinich'
**Subject:** production of documents without attachments

Jeff:

As you know, your firm provided emails with the attachments separated from the emails they were attached to. We have asked your associates to rectify this problem, which is not a big deal because your staff has already matched up the attachments with the emails, but they have refused, and we have had to prepare a motion which we must file by Tuesday.

There is a simple stipulation and order which will avoid motion practice. In lieu of reproduction of all emails with their attachments attached, we would accept a stipulation to the following effect:

1) any email with attachments to or from your clients (including cc's) which are in Forte's files are deemed authentic (then we can just use our copy of the documents, which of course have the attachments attached); and

2) you will produce in searchable PDF format (like the "AF" files your firm has already produced) all emails together with their attachments for documents that Forte was not sent a copy of by email. As I indicated, your firm has already performed this work for all of its emails.

Your associates' proposal that we just identify which emails we want attachments matched up to is impossible to achieve, since your clients' emails don't show which documents had attachments.

I hope we can work this out by Tuesday, as our relations with your firm have always been cordial and we do not want to engage in motion practice.

Regards,
Bob


Robert A. Spanner
Trial & Technology Law Group
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Phone: (650) 324-2277
Fax:   (650) 324-0178

8/26/2008