**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   FORTE CAPITAL PARTNERS, LLC,                No. C 07-01237 SBA
12              Plaintiff,                       **ORDER OF REFERENCE TO**
                                                 **MAGISTRATE JUDGE**
13        v.
14   HARRIS CRAMER LLP ET AL,
15              Defendant.
     _____/
16
17        PURSUANT TO CIVIL L.R. 72-1
18              IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all
19   discovery. Counsel will be advised of the date, time and place of appearance by notice from the
20   assigned Magistrate Judge.
21
22
23                                              _____
24   Dated: 9/2/08                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California