1  Robert A. Spanner, Esq., State Bar No. 60308
2  Andrew R. Kislik, Esq., Of Counsel, SBN 118772
   TRIAL & TECHNOLOGY LAW GROUP
3  A Professional Law Corporation
   545 Middlefield Road, Suite 220
4  Menlo Park, California 94025
   Telephone:    (650) 324-2223
5  Facsimile:    (650) 324-0178

6
   Attorneys for Plaintiff
7  FORTE CAPITAL PARTNERS, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 FORTE CAPITAL PARTNERS, LLC,    )  Case No.  C 07-01237 SBA
                                   )
12            Plaintiff,            )  **AMENDED NOTICE OF MOTION**
                                   )  **AND MOTION TO CONTINUE**
13       vs.                        )  **DISCOVERY CUT-OFF DATE FOR**
                                   )  **THE PRODUCTION OF**
14 HARRIS CRAMER, LLP, *et al.*,    )  **DOCUMENTS AND/OR**
                                   )  **INFORMATION THAT IS THE**
15                                  )  **SUBJECT OF PLAINTIFF'S**
              Defendants.           )  **MOTION TO COMPEL, AND FOR**
16 _____)  **DEPOSITIONS RELATING TO**
                                      **SUCH DOCUMENTS AND/OR**
17                                    **INFORMATION**
18
19                                    Date:   October 21, 2008
                                      Time:   1:00 p.m.
20                                    Courtroom 3, 3rd Floor
                                      Hon. Saundra B. Armstrong
21
22
23       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24       PLEASE TAKE NOTICE THAT Plaintiff Forte Capital Partners, LLC

25 ("Plaintiff") will appear before the Honorable Saundra B. Armstrong at the United States

26 District Court, 1301 Clay Street, Oakland, CA on October 21, 2008 at 1:00 p.m. or as soon

27
   _____
28 Mot. To Continue Disc. Cutoff–
   Case No. C 07-01237 SBA              1

1  thereafter as the matter can be heard, and will move and hereby and hereby do move for

2  an order continuing the discovery cut-off date in this action from September 30, 2008, to

3  October 31, 2008, for the sole purpose of permitting time for: (1) the production of

4  documents and/or information that this Court orders to be produced pursuant to Plaintiff's

5  

6  motion to compel Defendants Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law

7  Associates, P.C., Alan L. Frank and Marc H. Snyder (the "Frank Rosen Defendants") to

8  produce documents and/or to identify, by Bates number and file name, the attachments

9  that correspond to the emails produced by the Frank Rosen Defendants to Plaintiff; and (2)

10 depositions of the Frank Rosen Defendants that relate to such documents and/or

11 information.

12 

13     This motion is made on the ground that the Frank Rosen Defendants failed to

14 produce documents to Plaintiff in compliance with Fed.R.Civ.P. 34(b)(2)(E), as explained

15 in greater detail in the Motion to Compel filed by Plaintiff on August 26, 2008, and

16 Plaintiff will not be able to obtain production of documents that the Court orders

17 produced, and will not be able to take depositions of the Frank Rosen Defendants relating

18 to these documents (or the related information requested in the alternative), unless the

19 

20 discovery deadline in this action is extended from September 30, 2008 to October 31,

21 2008, to permit such discovery.  The requested one-month extension of discovery, limited

22 to these matters, will not affect the trial date of March 9, 2009, or any other deadline in

23 this action.

24     This motion is based on this Amended Notice, the memorandum of points and

25 authorities filed August 26, 2008, the declarations and exhibits filed August 26, 2008, and

26 

27 

28 _____
   Mot. To Continue Disc. Cutoff–
   Case No. C 07-01237 SBA                    2

1  the other pleadings and records on file in this action.

2  Dated: September 3, 2008         TRIAL & TECHNOLOGY LAW GROUP
3                                                        A Professional Corporation
                                                             Attorneys for Plaintiff
4                                                        FORTE CAPITAL PARTNERS, LLC

5

6                                                        By: _____
7                                                                   Robert A. Spanner

Mot. To Continue Disc. Cutoff–
Case No. C 07-01237 SBA                                              3